UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHANCERY DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2005-3250 |
| vs. | ) |
| | ) |
| SANGAMON COUNTY SHERIFF'S DEPARTMENT, a county governmental unit; DUANE GABB, Sangamon County Assistant State's Attorney, individually; TERRY DURR, Superintendent of the Sangamon County Jail, individually, WILLIAM STRAYER, Asst. Superintendent of the Sangamon County Jail, Individually; Ltn. BUECKNER, Assistant Superintendent of the Sangamon County Jail, individually; CANDACE CAIN, Lieutenant of the Sangamon County Jail, individually; BRIEN CARRY, Lieutenant of the Sangamon County Jail, individually; Officer CARLA CARRY, correctional officer of the Sangamon County Jail, individually; TAMMY POWELL Sergeant of the Sangamon County Jail, individually; Officer DOEDGE, correctional Officer of the Sangamon County Jail, individually; Officer MELISSA CHILDRESS, Correctional Officer of the Sangamon County Jail, individually; Sergeant GUY, Sergeant of Sangamon County Jail, Individually; Sergeant BOUVET, Sergeant of Sangamon County jail, individually; Lieutenant LOFTUS, Lieutenant of the Sangamon County Jail, Individually; MICHAEL FELECIA, Village of Grandview Police Officer, individually; B. WEISS, City of Springfield Police Officer, individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

**DESIGNATION OF LEAD COUNSEL AND ENTRY OF APPEARANCE**

    D. BRADLEY BLODGETT of HINSHAW & CULBERTSON LLP hereby enters his appearance on behalf of the Defendants, Sangamon County Sheriff's Department, Duane Gabb, Terry Durr, William Strayer, Ltn. Bueckner, Candace Cain, Brien Carry, Carla Carry Tammy Powell, Officer Doedge, Melissa Childress, Sergeant Guy, Sergeant Bouvet and Lieutenant

Loftus, and waives service of summons in the above captioned matter.  Pursuant to Local Rule 11.2, D. Bradley Blodgett is designated local counsel for Defendants.

/s/ D. Bradley Blodgett
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2005, I electronically filed Counsel of Record for Sangamon County Sheriff's Department, Dwayne Gabb, Terry Durr, William Strayer, Lt. Bueckner, Candace Cain, Brian Carey, Carla Carry, Tammy Powell, Chris Doelsch, Melissa Childress, Todd Guy, Guy Bouvet and Scott Loftus Designation of Lead Counsel and Entry of Appearance with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**          Email: hayeslaw1@sbcglobal.net

/s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60138475v1 858991