UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHANCERY DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SANGAMON COUNTY SHERIFF'S )<br>DEPARTMENT, a county governmental unit; )<br>DUANE GABB, Sangamon County Assistant )<br>State's Attorney, individually; TERRY DURR, )<br>Superintendent of the Sangamon County Jail, )<br>individually, WILLIAM STRAYER, Asst. )<br>Superintendent of the Sangamon County Jail, )<br>Individually; Ltn. BUECKNER, Assistant )<br>Superintendent of the Sangamon County Jail, )<br>individually; CANDACE CAIN, Lieutenant of )<br>the Sangamon County Jail, individually; BRIEN )<br>CARRY, Lieutenant of the Sangamon County )<br>Jail, individually; Officer CARLA CARRY, )<br>correctional officer of the Sangamon County )<br>Jail, individually; TAMMY POWELL Sergeant )<br>of the Sangamon County Jail, individually; )<br>Officer DOEDGE, correctional Officer of the )<br>Sangamon County Jail, individually; Officer )<br>MELISSA CHILDRESS, Correctional Officer )<br>of the Sangamon County Jail, individually; )<br>Sergeant GUY, Sergeant of Sangamon County )<br>Jail, Individually; Sergeant BOUVET, Sergeant )<br>of Sangamon County jail, individually; )<br>Lieutenant LOFTUS, Lieutenant of the )<br>Sangamon County Jail, Individually; )<br>MICHAEL FELECIA, Village of Grandview )<br>Police Officer, individually; B. WEISS, City of )<br>Springfield Police Officer, individually, )<br>)<br>Defendants. | Case No.  2005-3250 |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for the Defendants, Sangamon County Sheriff's

Department, Duane Gabb, Terry Durr, William Strayer, Ltn. Bueckner, Candace Cain, Brien

Carry, Carla Carry, Tammy Powell, Officer Doedge, Melissa Childress, Sergeant Guy, Sergeant Bouvet and Lieutenant Loftus, furnishes the following in compliance with Rule 11.3 of this Court.

1. The full name of every party or amicus the attorney represents in this case: Sangamon County Sheriff's Department, Dwayne Gabb, Terry Durr, William Strayer, Lt. Bueckner, Candace Cain, Brian Carey, Carla Carry, Tammy Powell, Chris Doelsch, Melissa Childress, Todd Guy, Guy Bouvet and Scott Loftus.

2. If such party or amicus is a corporation: None of the parties are corporations. The Sangamon County Sheriff's Department is a local public authority.

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case: Hinshaw & Culbertson LLP.

>/s/ D. Bradley Blodgett
>Hinshaw & Culbertson LLP
>400 S. 9th St., Suite 200
>Springfield, IL   62701
>Phone:  217-528-7375
>Fax: 217-528-0075
>E-mail:  bblodgett@hinshawlaw.com
>Attorney Bar No. 0231134

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2005, I electronically filed Counsel of Record for Sangamon County Sheriff's Department, Dwayne Gabb, Terry Durr, William Strayer, Lt. Bueckner, Candace Cain, Brian Carey, Carla Carry, Tammy Powell, Chris Doelsch, Melissa Childress, Todd Guy, Guy Bouvet and Scott Loftus Certificate of Interest with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**        Email: hayeslaw1@sbcglobal.net

/s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60138472v1 858991