UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHANCERY DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SANGAMON COUNTY SHERIFF'S ) <br> DEPARTMENT, a county governmental unit; ) <br> DUANE GABB, Sangamon County Assistant ) <br> State's Attorney, individually; TERRY DURR, ) <br> Superintendent of the Sangamon County Jail, ) <br> individually, WILLIAM STRAYER, Asst. ) <br> Superintendent of the Sangamon County Jail, ) <br> Individually; Ltn. BUECKNER, Assistant ) <br> Superintendent of the Sangamon County Jail, ) <br> individually; CANDACE CAIN, Lieutenant of ) <br> the Sangamon County Jail, individually; BRIEN ) <br> CARRY, Lieutenant of the Sangamon County ) <br> Jail, individually; Officer CARLA CARRY, ) <br> correctional officer of the Sangamon County ) <br> Jail, individually; TAMMY POWELL Sergeant ) <br> of the Sangamon County Jail, individually; ) <br> Officer DOEDGE, correctional Officer of the ) <br> Sangamon County Jail, individually; Officer ) <br> MELISSA CHILDRESS, Correctional Officer ) <br> of the Sangamon County Jail, individually; ) <br> Sergeant GUY, Sergeant of Sangamon County ) <br> Jail, Individually; Sergeant BOUVET, Sergeant ) <br> of Sangamon County jail, individually; ) <br> Lieutenant LOFTUS, Lieutenant of the ) <br> Sangamon County Jail, Individually; ) <br> MICHAEL FELECIA, Village of Grandview ) <br> Police Officer, individually; B. WEISS, City of ) <br> Springfield Police Officer, individually, ) <br> ) <br> Defendants. | Case No. 2005-3250 |

### MOTION FOR CONTINUANCE OF TIME IN WHICH TO RESPOND TO COMPLAINT

NOW COME the Defendants, Sangamon County Sheriff's Department, Duane Gabb, Terry Durr, William Strayer, Ltn. Bueckner, Candace Cain, Brien Carry, Carla Carry, Tammy P

owel, Officer Doedge, Melissa Childress, Sergeant Guy, Sergeant Bouvet and Lieutenant Loftus, by and through their attorneys, HINSHAW & CULBERTSON LLP, and state the following with respect to their Motion for a Continuance in the time in which to respond to the Complaint:

Pursuant to the provisions of Rule 7.1 of the Rules for the United States District Court for the Central District of Illinois, and Rule 7(b) of the Federal Rules of Civil Procedure, Defendants hereby move for a continuance of time in which to file their response to the Complaint filed against them to and including November 1, 2005. As grounds therefor, it is respectfully submitted that the law firm representing the Defendants must interview ten (10) defendants and sort through the complicated facts pleaded in the Complaint in order to file an intelligent response to the Complaint. Defendants would like to coordinate a joint response on their behalf, and have adequate time for their attorneys to interview them and learn the facts in question, and file a response, and it is respectfully submitted that they be given until November 1, 2005, to file their response in this cause.

/s/ D. Bradley Blodgett
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2005, I electronically filed Counsel of Record for Sangamon County Sheriff's Department, Dwayne Gabb, Terry Durr, William Strayer, Lt. Bueckner, Candace Cain, Brian Carey, Carla Carry, Tammy Powell, Chris Doelsch, Melissa Childress, Todd Guy, Guy Bouvet and Scott Loftus Motion for Continuance of Time in which to Respond to Complaint with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**    Email: hayeslaw1@sbcglobal.net

/s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60138476v1 858991