UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2005-3250 |
| vs. | ) |
| | ) |
| SANGAMON COUNTY SHERIFF'S DEPARTMENT, a county governmental unit; DUANE GABB, Sangamon County Assistant State's Attorney, individually; TERRY DURR, Superintendent of the Sangamon County Jail, individually, WILLIAM STRAYER, Asst. Superintendent of the Sangamon County Jail, Individually; Ltn. BUECKNER, Assistant Superintendent of the Sangamon County Jail, individually; CANDACE CAIN, Lieutenant of the Sangamon County Jail, individually; BRIEN CARRY, Lieutenant of the Sangamon County Jail, individually; Officer CARLA CARRY, correctional officer of the Sangamon County Jail, individually; TAMMY POWELL Sergeant of the Sangamon County Jail, individually; Officer DOEDGE, correctional Officer of the Sangamon County Jail, individually; Officer MELISSA CHILDRESS, Correctional Officer of the Sangamon County Jail, individually; Sergeant GUY, Sergeant of Sangamon County Jail, Individually; Sergeant BOUVET, Sergeant of Sangamon County jail, individually; Lieutenant LOFTUS, Lieutenant of the Sangamon County Jail, Individually; MICHAEL FELECIA, Village of Grandview Police Officer, individually; B. WEISS, City of Springfield Police Officer, individually, | ) |
| Defendants. | |

**MOTION FOR CONTINUANCE OF TIME TO FILE SUPPLEMENT TO EXHIBIT A OF DEFENDANTS' MOTIONS TO DISMISS**

NOW COME the Defendants, Sangamon County Sheriff's Office, Assistant Sangamon County State's Attorney Dwayne Gab, Sangamon County Jail Superintendent Terry Durr,

Sangamon County Assistant Jail Superintendent William Strayer, Lieutenant Ronald Beckner, Lieutenant Candace Cain, Sergeant Brian Carey, Correctional Officer Carla Carey, Correctional Officer Tammy Powell, Correctional Officer Christopher Doelsch, Correctional Officer Melissa Childress, Sergeant Todd Guy, Sergeant Guy Bouvet and Lieutenant Scott Loftus, by and through their attorneys, HINSHAW & CULBERTSON LLP, and move that this Honorable Court grant the Defendants six (6) days to Supplement Exhibit A to their Motion to Dismiss.

As grounds therefor, it is respectfully submitted that Defendants have moved to dismiss the Complaint in this cause based upon the Rooker-Feldman doctrine and that in support of their Motion, they have attached an Exhibit A which contains official court records relating to proceedings in the Seventh Judicial Circuit, Sangamon County, State of Illinois. However, at this time, the Defendants have not received the complete transcript of proceedings before the Chief Circuit Judge of the Seventh Judicial Circuit, and the transcript is being typed at this time. Defendants believe that this Honorable Court will wish to see that transcript in order to evaluate Defendants' Motion to Dismiss and, for that reason, the Defendants ask leave to and including November 7, 2005 for additional time in which to file the transcript of proceedings before the Chief Judge of the Seventh Judicial Circuit referenced in Exhibit A to their Motion to Dismiss.

> s/ D. Bradley Blodgett
> Hinshaw & Culbertson LLP
> 400 S. 9th St., Suite 200
> Springfield, IL   62701
> Phone:  217-528-7375
> Fax: 217-528-0075
> E-mail:  bblodgett@hinshawlaw.com
> Attorney Bar No. 0231134

60139537v1 858991

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2005, I electronically filed the Motion for Continuance of Time in which to file supplement to Exhibit A of their Motion to Dismiss of the Sangamon County Sheriff's Office, Assistant State's Attorney Dwayne Gab, Sangamon County Jail Superintendent Terry Durr, Sangamon County Assistant Jail Superintendent William Strayer, Lieutenant Ronald Beckner, Lieutenant Candace Cain, Sergeant Brian Carey, Correctional Officer Carla Carey, Correctional Officer Tammy Powell, Correctional Officer Christopher Doelsch, Correctional Officer Melissa Childress, Sergeant Todd Guy, Sergeant Guy Bouvet and Lieutenant Scott Loftus with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**         Email: hayeslaw1@sbcglobal.net

                                              s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134