UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2005-3250 |
| vs. | ) |
| | ) |
| SANGAMON COUNTY SHERIFF'S DEPARTMENT, a county governmental unit; DUANE GABB, Sangamon County Assistant State's Attorney, individually; TERRY DURR, Superintendent of the Sangamon County Jail, individually, WILLIAM STRAYER, Asst. Superintendent of the Sangamon County Jail, Individually; Ltn. BUECKNER, Assistant Superintendent of the Sangamon County Jail, individually; CANDACE CAIN, Lieutenant of the Sangamon County Jail, individually; BRIEN CARRY, Lieutenant of the Sangamon County Jail, individually; Officer CARLA CARRY, correctional officer of the Sangamon County Jail, individually; TAMMY POWELL Sergeant of the Sangamon County Jail, individually; Officer DOEDGE, correctional Officer of the Sangamon County Jail, individually; Officer MELISSA CHILDRESS, Correctional Officer of the Sangamon County Jail, individually; Sergeant GUY, Sergeant of Sangamon County Jail, Individually; Sergeant BOUVET, Sergeant of Sangamon County jail, individually; Lieutenant LOFTUS, Lieutenant of the Sangamon County Jail, Individually; MICHAEL FELECIA, Village of Grandview Police Officer, individually; B. WEISS, City of Springfield Police Officer, individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

**RESPONSE OF DEFENDANTS, THE SANGAMON COUNTY SHERIFF'S DEPARTMENT, TERRY DURR, WILLIAM STRAYER, LTN. BUECKNER, CANDACE CAIN, BRIEN CARRY, CARLA CARRY, TAMMY POWELL, OFFICER DOEDGE, MELISSA CHILDRESS, SGT. GUY, SGT. BOUVET AND LT. LOFTUS TO AMENDED MOTION FOR PRELIMINARY INJUNCTION**

60139588v1 858991

NOW COME the Defendants, the Sangamon County Sheriff's Office, Sangamon County Jail Superintendent Terry Durr, Sangamon County Assistant Jail Superintendent William Strayer, Lieutenant Ronald Beckner, Lieutenant Candace Cain, Sergeant Brian Carey, Correctional Officer Carla Carey, Correctional Officer Tammy Powell, Correctional Officer Christopher Doelsch, Correctional Officer Melissa Childress, Sergeant Todd Guy, Sergeant Guy Bouvet and Lieutenant Scott Loftus, by and through their attorneys, HINSHAW & CULBERTSON LLP, and respond as follows to the Amended Motion for Preliminary Injunction of the Plaintiff.

Defendants respectfully submit this Honorable Court should deny the Amended Motion, since the Court does not have subject matter jurisdiction over the issues addressed in the Amended Motion. The reason this Honorable Court does not have subject matter jurisdiction is because of the Rooker-Feldman Doctrine.

In support of their position the Defendants reference their Motions to Dismiss filed in this cause, and Exhibit A thereto. Exhibit A demonstrates that a Motion for an injunction was filed in the State Court criminal proceedings. While the actual Motion for the injunction is not available from the Circuit Court file, the Court records attached to Exhibit A demonstrate that the Plaintiff filed with the Circuit Clerk of the Court on September 21, 2005 a Memorandum of Law in Support of Injunction against Jail to Order Unrestricted Visits with Defendant's Attorneys. A review of the facts alleged in that Memorandum discloses that the factual subject matter addressed is similar to the facts alleged in the instant Amended Motion for Preliminary Injunction, and the relief requested in the State Court injunction proceeding is similar to that requested in this Amended Motion for Preliminary Injunction. As further demonstrated in Exhibit A and the documents attached thereto, a hearing was held upon the injunction before the Chief Judge of the Seventh Judicial Circuit, and the request for an injunction was dismissed.

In their Motions to Dismiss the Defendants have demonstrated how the Rooker-Feldman Doctrine divests this Honorable Court of subject matter jurisdiction over the issues that have already been addressed in the State Court proceedings, and Defendants adopt those legal arguments by reference.

It is thus respectfully submitted that the Rooker-Feldman Doctrine divests this Honorable Court of subject matter jurisdiction over the Amended Motion for Preliminary Inunction of the Plaintiff respecting his right to effective counsel issues. In order to grant injunctive relief, a court first must have personal and subject matter jurisdiction. Moore's Federal Practice 3d, Section 65.05(1). Since this court does not have subject matter jurisdiction, the Amended Motion for Preliminary Injunction should be denied.

Alternatively, it is respectfully submitted that if this Honorable Court should consider it has subject matter jurisdiction over the issues involved in the Amended Motion for Preliminary Injunction, the Motion should not be allowed without a hearing. The notice requirements of Rule 65(a) of the Federal Rules of Civil Procedure necessarily implies the holding of a hearing, and Defendants must therefore be given a fair opportunity to oppose the Motion for a Preliminary Injunction. Moore's Federal Practice 3d, Section 65.21(3). Defendants dispute many of the facts alleged by Plaintiff and other important facts are not contained in Plaintiff's Motion, and they should be given an opportunity to plead to the Amended Motion for Preliminary Injunction, and present evidence in support of their pleadings.

WHEREFORE, Defendants, the Sangamon County Sheriff's Office, Sangamon County Jail Superintendent Terry Durr, Sangamon County Assistant Jail Superintendent William Strayer, Lieutenant Ronald Beckner, Lieutenant Candace Cain, Sergeant Brian Carey, Correctional Officer Carla Carey, Correctional Officer Tammy Powell, Correctional Officer Christopher

Doelsch, Correctional Officer Melissa Childress, Sergeant Todd Guy, Sergeant Guy Bouvet and Lieutenant Scott Loftus, request this Honorable Court deny the Amended Motion for Preliminary Injunction by Plaintiff.

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2005, I electronically filed the Response of Defendants, the Sangamon County Sheriff's Office, Sangamon County Jail Superintendent Terry Durr, Sangamon County Assistant Jail Superintendent William Strayer, Lieutenant Ronald Beckner, Lieutenant Candace Cain, Sergeant Brian Carey, Correctional Officer Carla Carey, Correctional Officer Tammy Powell, Correctional Officer Christopher Doelsch, Correctional Officer Melissa Childress, Sergeant Todd Guy, Sergeant Guy Bouvet and Lieutenant Scott Loftus to Amended Motion for Preliminary Injunction with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**          Email: hayeslaw1@sbcglobal.net

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60139588v1 858991