E-FILED
Friday, 04 November, 2005  02:01:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2005-3250 |
| vs. | ) |
| | ) |
| SANGAMON COUNTY SHERIFF'S DEPARTMENT, a county governmental unit; DUANE GABB, Sangamon County Assistant State's Attorney, individually; TERRY DURR, Superintendent of the Sangamon County Jail, individually, WILLIAM STRAYER, Asst. Superintendent of the Sangamon County Jail, Individually; Ltn. BUECKNER, Assistant Superintendent of the Sangamon County Jail, individually; CANDACE CAIN, Lieutenant of the Sangamon County Jail, individually; BRIEN CARRY, Lieutenant of the Sangamon County Jail, individually; Officer CARLA CARRY, correctional officer of the Sangamon County Jail, individually; TAMMY POWELL Sergeant of the Sangamon County Jail, individually; Officer DOEDGE, correctional Officer of the Sangamon County Jail, individually; Officer MELISSA CHILDRESS, Correctional Officer of the Sangamon County Jail, individually; Sergeant GUY, Sergeant of Sangamon County Jail, Individually; Sergeant BOUVET, Sergeant of Sangamon County jail, individually; Lieutenant LOFTUS, Lieutenant of the Sangamon County Jail, Individually; MICHAEL FELECIA, Village of Grandview Police Officer, individually; B. WEISS, City of Springfield Police Officer, individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

**NOTICE OF FILING**
**SUPPLEMENT TO EXHIBIT A TO DEFENDANTS' MOTIONS TO DISMISS**

NOW COME the Defendants, the Sangamon County Sheriff's Office, Assistant

Sangamon County State's Attorney Dwayne Gab, Sangamon County Jail Superintendent Terry

60139625v1 858991

Durr, Sangamon County Assistant Jail Superintendent William Strayer, Lieutenant Ronald Beckner, Lieutenant Candace Cain, Sergeant Brian Carey, Correctional Officer Carla Carey, Correctional Officer Tammy Powell, Correctional Officer Christopher Doelsch, Correctional Officer Melissa Childress, Sergeant Todd Guy, Sergeant Guy Bouvet and Lieutenant Scott Loftus, by and through their attorneys, HINSHAW & CULBERTSON LLP, and pursuant to the authority of a Text Order by Magistrate Judge Byron Cudmore, entered on November 1, 2005, allowing their Motion for Continuance of Time to File Supplement to Exhibit A of Defendants' Motions to Dismiss, hereby now file the supplement which is attached as an exhibit to this Notice.  The supplement is identified as the proceeding before the Honorable Robert J. Eggers on the 22nd day of September, 2005, in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois, *People of the State of Illinois, Plaintiff, v. Scott Glisson, Defendant,* Criminal Division, Nos. 2004-CF-648 and 2005-CF-1143.  Since the supplement consists of 89 pages, Defendants will supply the Court with a courtesy paper copy of this filing, along with the supplement, pursuant to the provisions of Local Administrative Procedure for Electronic Filing II.A.7.

                s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2005, I electronically filed the Supplement to Exhibit A of the Motions to Dismiss of the Sangamon County Sheriff's Office, Sangamon County Assistant State's Attorney Dwayne Gab, Sangamon County Jail Superintendent Terry Durr, Sangamon County Assistant Jail Superintendent William Strayer, Lieutenant Ronald Beckner, Lieutenant Candace Cain, Sergeant Brian Carey, Correctional Officer Carla Carey, Correctional Officer Tammy Powell, Correctional Officer Christopher Doelsch, Correctional Officer Melissa Childress, Sergeant Todd Guy, Sergeant Guy Bouvet and Lieutenant Scott Loftus with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**          Email: hayeslaw1@sbcglobal.net

> s/ D. Bradley Blodgett
> Hinshaw & Culbertson LLP
> 400 S. 9th St., Suite 200
> Springfield, IL   62701
> Phone:  217-528-7375
> Fax: 217-528-0075
> E-mail:  bblodgett@hinshawlaw.com
> Attorney Bar No. 0231134