E-FILED
Monday, 07 November, 2005 09:44:17 AM
Clerk, U.S. District Court, ILCD

01526-P7706
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

SCOTT NELSON GLISSON,

Plaintiff,

v.

SANGAMON COUNTY SHERIFF'S DEPARTMENT, a county governmental unit; DUANE GABB, Sangamon County Assistant State's Attorney, individually; TERRY DURR, Superintendent of Sangamon County Jail, individually; WILLIAM STRAYER, Asst. Superintendent of Sangamon County Jail, individually; LT. BUECKNER, Asst. Superintendent of Sangamon County Jail, individually; CANDACE CAIN, Lt. of Sangamon County Jail, individually; BRIEN CARRY, Lt. of Sangamon County Jail, individually; Officer CARLA CARRY, Correctional Officer of Sangamon County Jail, individually; TAMMY POWELL, Sgt. of Sangamon County Jail, individually; Officer DOEDGE, Correctional Officer of Sangamon County Jail, individually; MELISSA CHILDRESS, Correctional Officer of Sangamon County Jail, individually; Sgt. GUY, Sgt. of Sangamon County Jail, individually; Sgt. BOUVET, Sgt. of Sangamon County Jail, individually; Ltg. LOFTUS, Lt. of Sangamon County Jail, individually; MICHAEL FELECIA, Village of Grandview Police Officer, individually; and B. WEISS, City of Springfield Police Officer, individually,

Defendants.

No. 05-3250

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

## ANSWER TO COMPLAINT

01526-P7706
TMP/ej

NOW COMES the Defendant, OFFICER MICHAEL FELECIA, by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for his Answer to Plaintiff's Complaints, states:

**Jurisdiction and Venue**

1. Defendant admits that Plaintiff's Complaint attempts to state a cause of action pursuant to § 42 U.S.C. 1983. However, Defendant denies that Plaintiff's Complaint states such cause of action against the undersigned Defendant.

2. Defendant admits that Plaintiff attempts to assert jurisdiction pursuant to the indicated statutory references. Defendant denies that such jurisdiction is appropriate with respect to this Defendant and further would point out to the Court that Plaintiff references 28 U.S.C. § 331, which is probably meant to be 1331.

3. Defendant has no information regarding this allegation and therefore must deny said allegation.

**Parties**

4. Undersigned Defendant has insufficient knowledge regarding this information and therefore must deny said allegations.

5. Undersigned Defendant has insufficient knowledge regarding Co-Defendants in this case and therefore must deny said allegations.

6. Undersigned Defendant has insufficient knowledge regarding Paragraph 6 and therefore must deny said allegations.

7. Undersigned Defendant has insufficient knowledge regarding Paragraph 7 and therefore must deny said allegations.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

8. Undersigned Defendant has insufficient knowledge regarding Paragraph 8 and therefore must deny said allegations.

9. Undersigned Defendant has insufficient knowledge regarding Paragraph 9 and therefore must deny said allegations.

10. Undersigned Defendant has insufficient knowledge regarding Paragraph 10 and therefore must deny said allegations.

11. Undersigned Defendant has insufficient knowledge regarding Paragraph 11 and therefore must deny said allegations.

12. Undersigned Defendant has insufficient knowledge regarding Paragraph 12 and therefore must deny said allegations.

13. Undersigned Defendant has insufficient knowledge regarding Paragraph 13 and therefore must deny said allegations.

14. Undersigned Defendant has insufficient knowledge regarding Paragraph 14 and therefore must deny said allegations.

15. Undersigned Defendant has insufficient knowledge regarding Paragraph 15 and therefore must deny said allegations.

16. Undersigned Defendant has insufficient knowledge regarding Paragraph 16 and therefore must deny said allegations.

17. Undersigned Defendant has insufficient knowledge regarding Paragraph 17 and therefore must deny said allegations.

18. Defendant denies the allegations of Paragraph 18. It should be pointed out to this Court that Plaintiff references "Michael Alicia" in her Complaint at Paragraph 18, who is not a police

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

officer with the Village of Grandview. The undersigned Defendant, Michael Felecia, is the Chief of Police for the Village of Grandview. In any event, Defendant Felecia denies the allegations of Paragraph 18 as stated.

19. Undersigned Defendant has insufficient knowledge regarding Paragraph 19 and therefore must deny said allegations.

**Allegations Common to All Causes of Action**
**42 U.S.C. 1983**

20. Defendant Felecia reasserts and realleges his answers to Paragraphs 1 through 19 as and for his answer to Paragraph 20.

21. Undersigned Defendant has insufficient knowledge regarding Paragraph 21 and therefore must deny said allegations.

22. Undersigned Defendant has insufficient knowledge regarding Paragraph 21 and therefore must deny said allegations.

23. With respect to any of the other Defendants, this Defendant has insufficient knowledge and therefore must deny said allegations. With respect to Michael Felecia, this Defendant, Defendant denies said allegations.

24. Undersigned Defendant has insufficient knowledge regarding Paragraph 24 and therefore must deny said allegations.

25. Undersigned Defendant has insufficient knowledge regarding Paragraph 25 and therefore must deny said allegations.

26. Undersigned Defendant has insufficient knowledge regarding Paragraph 26 and therefore must deny said allegations.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

27. Undersigned Defendant has insufficient knowledge regarding Paragraph 27 and therefore must deny said allegations.

28. Undersigned Defendant has insufficient knowledge regarding Paragraph 28 and therefore must deny said allegations.

29. Undersigned Defendant has insufficient knowledge regarding Paragraph 29 and therefore must deny said allegations.

30. Undersigned Defendant has insufficient knowledge regarding Paragraph 30 and therefore must deny said allegations.

31. Undersigned Defendant has insufficient knowledge regarding Paragraph 31 and therefore must deny said allegations.

32. Undersigned Defendant has insufficient knowledge regarding Paragraph 32 and therefore must deny said allegations.

33. Undersigned Defendant has insufficient knowledge regarding Paragraph 33 and therefore must deny said allegations.

34. Undersigned Defendant has insufficient knowledge regarding Paragraph 34 and therefore must deny said allegations.

35. Undersigned Defendant has insufficient knowledge regarding Paragraph 35 and therefore must deny said allegations.

36. Undersigned Defendant has insufficient knowledge regarding Paragraph 36 and therefore must deny said allegations.

37. Undersigned Defendant has insufficient knowledge regarding Paragraph 37 and therefore must deny said allegations.

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

38. Undersigned Defendant has insufficient knowledge regarding Paragraph 38 and therefore must deny said allegations.

39. Undersigned Defendant has insufficient knowledge regarding Paragraph 39 and therefore must deny said allegations.

40. Undersigned Defendant has insufficient knowledge regarding Paragraph 40 and therefore must deny said allegations.

41. Undersigned Defendant has insufficient knowledge regarding Paragraph 41 and therefore must deny said allegations.

42. Undersigned Defendant has insufficient knowledge regarding Paragraph 42 and therefore must deny said allegations.

43. Undersigned Defendant has insufficient knowledge regarding Paragraph 43 and therefore must deny said allegations.

44. Undersigned Defendant has insufficient knowledge regarding Paragraph 44 and therefore must deny said allegations.

45. Undersigned Defendant has insufficient knowledge regarding Paragraph 45 and therefore must deny said allegations.

46. Defendant denies the allegations of Paragraph 46.

47. Defendant denies the allegations of Paragraph 47.

48. Defendant denies the allegations of Paragraph 48, and moves to strike Paragraph 48 as irrelevant to Plaintiff's claim.

49. Undersigned Defendant has insufficient knowledge regarding Paragraph 49 and therefore must deny said allegations.

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

50. Undersigned Defendant has insufficient knowledge regarding Paragraph 50 and therefore must deny said allegations.

51. Undersigned Defendant has insufficient knowledge regarding Paragraph 51 and therefore must deny said allegations.

52. Undersigned Defendant has insufficient knowledge regarding Paragraph 52 and therefore must deny said allegations.

53. Undersigned Defendant has insufficient knowledge regarding Paragraph 53 and therefore must deny said allegations.

54. Undersigned Defendant has insufficient knowledge regarding Paragraph 54 and therefore must deny said allegations.

55. Undersigned Defendant has insufficient knowledge regarding Paragraph 55 and therefore must deny said allegations.

56. Undersigned Defendant has insufficient knowledge regarding Paragraph 56 and therefore must deny said allegations.

57. Undersigned Defendant has insufficient knowledge regarding Paragraph 57 and therefore must deny said allegations.

58. Undersigned Defendant has insufficient knowledge regarding Paragraph 58 and therefore must deny said allegations.

59. Undersigned Defendant has insufficient knowledge regarding Paragraph 59 and therefore must deny said allegations.

60. Undersigned Defendant has insufficient knowledge regarding Paragraph 60 and therefore must deny said allegations.

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

61. Undersigned Defendant has insufficient knowledge regarding Paragraph 61 and therefore must deny said allegations.

62. Undersigned Defendant has insufficient knowledge regarding Paragraph 62 and therefore must deny said allegations.

63. Undersigned Defendant has insufficient knowledge regarding Paragraph 63 and therefore must deny said allegations.

64. Undersigned Defendant has insufficient knowledge regarding Paragraph 64 and therefore must deny said allegations.

65. Undersigned Defendant has insufficient knowledge regarding Paragraph 65 and therefore must deny said allegations.

66. Undersigned Defendant has insufficient knowledge regarding Paragraph 66 and therefore must deny said allegations, including all subparagraph thereunder.

67. Undersigned Defendant has insufficient knowledge regarding Paragraph 67 and therefore must deny said allegations.

68. Undersigned Defendant has insufficient knowledge regarding Paragraph 68 and therefore must deny said allegations.

69. Undersigned Defendant has insufficient knowledge regarding Paragraph 69 and therefore must deny said allegations.

70. Undersigned Defendant has insufficient knowledge regarding Paragraph 70 and therefore must deny said allegations.

71. Undersigned Defendant has insufficient knowledge regarding Paragraph 71 and therefore must deny said allegations.

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

72. Undersigned Defendant has insufficient knowledge regarding Paragraph 72 and therefore must deny said allegations.

73. Undersigned Defendant has insufficient knowledge regarding Paragraph 73 and therefore must deny said allegations.

74. Undersigned Defendant has insufficient knowledge regarding Paragraph 74 and therefore must deny said allegations.

75. Undersigned Defendant has insufficient knowledge regarding Paragraph 75 and therefore must deny said allegations.

76. Defendant admits that there are administrative rules found at 20 Ill. Adm. Code 701.5. Defendant, however, must deny the remaining allegations of Paragraph 76.

**Count I**

76. Defendant reasserts and realleges his answers to Paragraphs 1 through 75 as and for his answer to Paragraph 76 of Count I.

77. Defendant denies the allegations of Paragraph 77.

78. Undersigned Defendant has insufficient knowledge regarding Paragraph 78 and therefore must deny said allegations.

79. Undersigned Defendant has insufficient knowledge regarding Paragraph 79 and therefore must deny said allegations.

80. Undersigned Defendant has insufficient knowledge regarding Paragraph 80 and therefore must deny said allegations.

81. Undersigned Defendant has insufficient knowledge regarding Paragraph 81 and therefore must deny said allegations.

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

82. Undersigned Defendant has insufficient knowledge regarding Paragraph 82 and therefore must deny said allegations.

**Count II**

83. Defendant reasserts and realleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 83 of Count II.

83. Undersigned Defendant has insufficient knowledge regarding Paragraph 83 and therefore must deny said allegations.

84. Undersigned Defendant has insufficient knowledge regarding Paragraph 84 and therefore must deny said allegations.

85. Undersigned Defendant has insufficient knowledge regarding Paragraph 85 and therefore must deny said allegations.

86. Undersigned Defendant has insufficient knowledge regarding Paragraph 86 and therefore must deny said allegations.

87. Undersigned Defendant has insufficient knowledge regarding Paragraph 87 and therefore must deny said allegations.

88. Undersigned Defendant has insufficient knowledge regarding Paragraph 88 and therefore must deny said allegations.

**Count III**

89. Defendant reasserts and realleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 89 of Count III.

90. Undersigned Defendant has insufficient knowledge regarding Paragraph 90 and therefore must deny said allegations.

HEYL ROYSTER
VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

91. Undersigned Defendant has insufficient knowledge regarding Paragraph 91 and therefore must deny said allegations.

92. Undersigned Defendant has insufficient knowledge regarding Paragraph 92 and therefore must deny said allegations.

93. Undersigned Defendant has insufficient knowledge regarding Paragraph 93 and therefore must deny said allegations.

94. Undersigned Defendant has insufficient knowledge regarding Paragraph 94 and therefore must deny said allegations.

95. Undersigned Defendant has insufficient knowledge regarding Paragraph 95 and therefore must deny said allegations.

**Count IV**

96. Defendant reasserts and realleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 96 of Count IV.

97. Undersigned Defendant has insufficient knowledge regarding Paragraph 97 and therefore must deny said allegations.

98. Undersigned Defendant has insufficient knowledge regarding Paragraph 98 and therefore must deny said allegations.

99. Undersigned Defendant has insufficient knowledge regarding Paragraph 99 and therefore must deny said allegations.

100. Undersigned Defendant has insufficient knowledge regarding Paragraph 100 and therefore must deny said allegations.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

101. Undersigned Defendant has insufficient knowledge regarding Paragraph 101 and therefore must deny said allegations.

102. Undersigned Defendant has insufficient knowledge regarding Paragraph 102 and therefore must deny said allegations.

**Count V**

103. Defendant reasserts and realleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 103 of Count V.

104. Undersigned Defendant has insufficient knowledge regarding Paragraph 104 and therefore must deny said allegations.

105. Undersigned Defendant has insufficient knowledge regarding Paragraph 105 and therefore must deny said allegations.

106. Undersigned Defendant has insufficient knowledge regarding Paragraph 106 and therefore must deny said allegations.

107. Undersigned Defendant has insufficient knowledge regarding Paragraph 107 and therefore must deny said allegations.

108. Undersigned Defendant has insufficient knowledge regarding Paragraph 108 and therefore must deny said allegations.

109. Undersigned Defendant has insufficient knowledge regarding Paragraph 109 and therefore must deny said allegations.

**Count VI**

110. Defendant reasserts and realleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 110 of Count VI.

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

111. Undersigned Defendant has insufficient knowledge regarding Paragraph 111 and therefore must deny said allegations.

112. Undersigned Defendant has insufficient knowledge regarding Paragraph 112 and therefore must deny said allegations.

113. Undersigned Defendant has insufficient knowledge regarding Paragraph 113 and therefore must deny said allegations.

114. Undersigned Defendant has insufficient knowledge regarding Paragraph 114 and therefore must deny said allegations.

115. Undersigned Defendant has insufficient knowledge regarding Paragraph 115 and therefore must deny said allegations.

116. Undersigned Defendant has insufficient knowledge regarding Paragraph 116 and therefore must deny said allegations.

117. Undersigned Defendant has insufficient knowledge regarding Paragraph 117 and therefore must deny said allegations.

**Count VII**

118. Defendant reasserts and realleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 118 of Count VII.

119. Undersigned Defendant has insufficient knowledge regarding Paragraph 119 and therefore must deny said allegations.

120. Undersigned Defendant has insufficient knowledge regarding Paragraph 120 and therefore must deny said allegations.

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

121. Undersigned Defendant has insufficient knowledge regarding Paragraph 121 and therefore must deny said allegations.

122. Undersigned Defendant has insufficient knowledge regarding Paragraph 122 and therefore must deny said allegations.

123. Undersigned Defendant has insufficient knowledge regarding Paragraph 123 and therefore must deny said allegations.

124. Undersigned Defendant has insufficient knowledge regarding Paragraph 124 and therefore must deny said allegations.

**Count VIII**

125. Defendant reasserts and realleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 125 of Count VIII.

126. Undersigned Defendant has insufficient knowledge regarding Paragraph 126 and therefore must deny said allegations.

127. Undersigned Defendant has insufficient knowledge regarding Paragraph 127 and therefore must deny said allegations.

128. Undersigned Defendant has insufficient knowledge regarding Paragraph 128 and therefore must deny said allegations.

129. Undersigned Defendant has insufficient knowledge regarding Paragraph 129 and therefore must deny said allegations.

130. Undersigned Defendant has insufficient knowledge regarding Paragraph 131 and therefore must deny said allegations.

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

131. Undersigned Defendant has insufficient knowledge regarding Paragraph 132 and therefore must deny said allegations.

**Count IX**

132. Defendant reasserts and realleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 132 of Count IX.

133. Defendant denies the allegations of Paragraph 133.

134. Defendant denies the allegations of Paragraph 134.

135. Defendant denies the allegations of Paragraph 135.

136. Defendant denies the allegations of Paragraph 136.

137. Defendant admits the allegations of Paragraph 137.

138. Defendant denies the allegations of Paragraph 138.

**Count X**

139. Defendant reasserts and realleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 139 of Count X.

140. Undersigned Defendant has insufficient knowledge regarding Paragraph 140 and therefore must deny said allegations.

141. Undersigned Defendant has insufficient knowledge regarding Paragraph 141 and therefore must deny said allegations.

142. Undersigned Defendant has insufficient knowledge regarding Paragraph 142 and therefore must deny said allegations.

143. Undersigned Defendant has insufficient knowledge regarding Paragraph 143 and therefore must deny said allegations.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

144. Undersigned Defendant has insufficient knowledge regarding Paragraph 144 and therefore must deny said allegations.

145. *There is no Paragraph 145 in Plaintiff's Complaint.*

146. Undersigned Defendant has insufficient knowledge regarding Paragraph 146 and therefore must deny said allegations.

**Relief Requested**

Defendant denies that the Plaintiff was injured or injured to the extent claimed. Defendant further denies that he has ever had any contact with the Plaintiff, Scott Nelson Glisson. As Scott Nelson Glisson was never in the custody of the Village of Grandview Chief of Police, there can be no injunctive relief asserted against this Defendant.

Defendant denies that Plaintiff is entitled to any of the relief requested as it pertains to allegations against him. To the extent the allegations alleged against the other Defendants reference their conduct, this Defendant has insufficient knowledge regarding their acts or omissions, and also has insufficient knowledge regarding any claimed injury sustained.

WHEREFORE, Defendant, MICHAEL FELECIA, prays that this Court will enter judgment in his favor and against Plaintiff, plus costs of suit.

**DEFENDANT DEMANDS TRIAL BY JURY.**

OFFICER MICHAEL FELECIA
s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2005, I electronically filed **Answer to Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Patricia L. Hayes
hayeslaw1@sbcglobal.net

D. Bradley Blodgett
bblodgett@hinshawlaw.com

and I hereby certify that on November 7, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

Respectfully submitted,
s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822