01526-P7706
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANGAMON COUNTY SHERIFF'S )<br>DEPARTMENT, a county governmental )<br>unit; DUANE GABB, Sangamon County )<br>Assistant State's Attorney, individually; )<br>TERRY DURR, Superintendent of )<br>Sangamon County Jail, individually; )<br>WILLIAM STRAYER, Asst. Superintendent )<br>of Sangamon County Jail, individually; )<br>LT. BUECKNER, Asst. Superintendent of )<br>Sangamon County Jail, individually; )<br>CANDACE CAIN, Lt. of Sangamon County )<br>Jail, individually; BRIEN CARRY, Lt. of )<br>Sangamon County Jail, individually; )<br>Officer CARLA CARRY, Correctional )<br>Officer of Sangamon County Jail, )<br>individually; TAMMY POWELL, Sgt. of )<br>Sangamon County Jail, individually; )<br>Officer DOEDGE, Correctional Officer of )<br>Sangamon County Jail, individually; )<br>MELISSA CHILDRESS, Correctional )<br>Officer of Sangamon County Jail, )<br>individually; Sgt. GUY, Sgt. of Sangamon )<br>County Jail, individually; Sgt. BOUVET, )<br>Sgt. of Sangamon County Jail, individually; )<br>Ltg. LOFTUS, Lt. of Sangamon County )<br>Jail, individually; MICHAEL FELECIA, )<br>Village of Grandview Police Officer, )<br>individually; and B. WEISS, City of )<br>Springfield Police Officer, individually, )<br>)<br>Defendants. ) | No. 05-3250 |

**RESPONSE TO PLAINTIFF'S AMENDED
MOTION FOR PRELIMINARY INJUNCTION**

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

NOW COMES the Defendant, OFFICER MICHAEL FELECIA, by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for his Response to Plaintiff's Amended Motion for Preliminary Injunction, states:

1. Undersigned Defendant is not associated with the Sangamon County Jail in any way.

2. Plaintiff does not allege that the undersigned Defendant is affiliated with the Sangamon County Jail.

3. Accordingly, Defendant does not believe that Plaintiff's Amended Motion for Preliminary Injunction is in any way directed toward this Defendant.

4. However, to the extent that Plaintiff's Motion suggests any wrongdoing on the part of this Defendant, Defendant denies said allegations.

5. As these allegations are not directed toward this Defendant, Defendant takes no position with respect to Plaintiff's Motion as it pertains to any other Defendant.

OFFICER MICHAEL FELECIA
s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER &ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2005, I electronically filed **Response to Plaintiff's Amended Motion for Preliminary Injunction** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Patricia L. Hayes
> hayeslaw1@sbcglobal.net
>
> D. Bradley Blodgett
> bblodgett@hinshawlaw.com

and I hereby certify that on November 9, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

>> Respectfully submitted,
>> s/Theresa M. Powell
>> HEYL, ROYSTER, VOELKER & ALLEN
>> Suite 575, National City Center
>> P. O. Box 1687
>> Springfield, IL  62705
>> Phone: (217) 522-8822
>> Fax:    (217) 523-3902
>> E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822