**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| SCOTT NELSON GLISSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-3250 |
| | ) |
| SANGAMON COUNTY SHERIFF'S | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

**NOW COME, Jenifer L. Johnson,** Corporation Counsel and **Angela Fyans**, Assistant Corporation Counsel for the City of Springfield, Illinois, and enter their appearance as counsel for the Defendant, **D. Weiss** in the above-captioned matter.

Respectfully submitted,
s/ Angela Fyans
**Bar Number: 6276499**
**Attorney for Defendant D. WEISS**
**Assistant Corporation Counsel**
**Room 313 Municipal Center East**
**800 East Monroe Street**
**Springfield, IL 62701**
**Telephone:   (217) 789-2393**
**Fax number:  (217) 789-2397**