UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.  05-3250 |
| ) | |
| SANGAMON COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

**NOW COMES** Defendant, D. Weiss, by and through his attorneys Jenifer L. Johnson, Corporation Counsel, and Angela Fyans, Assistant Corporation Counsel, and move to dismiss the Amended Complaint, with prejudice.  In support of this Motion, Defendant states as follows:

1.   Pursuant to FRCP 12(b) (6), the Amended Complaint fails to state a claim upon which relief can be granted.

2.   Pursuant to FRCP 12(f), the Amended Complaint contains redundant, immaterial, impertinent, or scandalous matter which is prejudicial to the Defendant D. Weiss.

3.   In support of this Motion, Defendant D. Weiss submits his Memorandum of Law.

WHEREFORE, Defendant D. Weiss prays this Court dismiss and/or strike Count IX of the Amended Complaint with prejudice, grant Defendant his costs and any other relief the Court deems just.

**RESPECTFULLY SUBMITTED,**
**s/ Angela Fyans**
Bar Number 6276499
Attorney for Defendant D. Weiss
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:            (217) 789-2397
Email:          corporationcounsel@cwlp.com