# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-3250 |
| ) | |
| SANGAMON COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2005, I, counsel of record for D. Weiss, electronically filed a Motion to Dismiss and Memorandum of Law in Support of Defendant's Motion to Dismiss using the CM/ECF system, which will send notification of such filing to the following:

A. Patricia L. Hayes at hayeslaw1@sbcglobal.net
B. D. Bradley Blodgett at bblodgett@hinshawlaw,com

> s/ Angela Fyans
> Bar Number 6276499
> Attorney for Defendant D. Weiss
> Assistant Corporation Counsel
> Room 313 Municipal Center East
> 800 East Monroe Street
> Springfield, Illinois 62701-1689
> Telephone:   (217) 789-2393
> Fax:         (217) 789-2397
> Email: corporationcounsel@cwlp.com