**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| SCOTT NELSON GLISSON,            ) | |
|                               Plaintiff,  ) | |
| v.                                                          ) | Case No.  05-3250 |
| SANGAMON COUNTY SHERIFF'S  ) | |
| DEPARTMENT, et al.,                     ) | |
|                             Defendants. ) | |

**ENTRY OF APPEARANCE**

**NOW COMES James A. Lang**, Assistant Corporation Counsel for the City of Springfield, Illinois, and enters his appearance as counsel for the Defendant, **D. Weiss** in the above-captioned matter.

        **RESPECTFULLY SUBMITTED,**
        s/James A. Lang
        Bar Number 6211100
        Attorney for D. Weiss
        Assistant Corporation Counsel
        Room 313 Municipal Center East
        800 East Monroe Street
        Springfield, Illinois 62701-1689
        Telephone:  (217) 789-2393
        Fax:             (217) 789-2397
        Email:          corporationcounsel@cwlp.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| SCOTT NELSON GLISSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-3250 |
| ) | |
| SANGAMON COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2006 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following **Patricia L. Hayes and D. Bradley Blodgett;** and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: **N/A.**

                    **s/James A. Lang**
                    Bar Number 6211100
                    Attorney for Defendant D. Weiss
                    Assistant Corporation Counsel
                    Room 313 Municipal Center East
                    800 East Monroe Street
                    Springfield, Illinois 62701-1689
                    Telephone: (217) 789-2393
                    Fax: (217) 789-2397
                    Email: corporationcounsel@cwlp.com