**E-FILED**
Wednesday, 08 February, 2006  03:19:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SCOTT NELSON GLISSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.  2005-3250 |
| vs. | ) | |
| | ) | |
| SANGAMON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, a county governmental unit; | ) | |
| DUANE GABB, Sangamon County Assistant | ) | |
| State's Attorney, individually; TERRY DURR, | ) | |
| Superintendent of the Sangamon County Jail, | ) | |
| individually, WILLIAM STRAYER, Asst. | ) | |
| Superintendent of the Sangamon County Jail, | ) | |
| Individually; Ltn. BUECKNER, Assistant | ) | |
| Superintendent of the Sangamon County Jail, | ) | |
| individually; CANDACE CAIN, Lieutenant of | ) | |
| the Sangamon County Jail, individually; BRIEN | ) | |
| CARRY, Lieutenant of the Sangamon County | ) | |
| Jail, individually; Officer CARLA CARRY, | ) | |
| correctional officer of the Sangamon County | ) | |
| Jail, individually; TAMMY POWELL Sergeant | ) | |
| of the Sangamon County Jail, individually; | ) | |
| Officer DOEDGE, correctional Officer of the | ) | |
| Sangamon County Jail, individually; Officer | ) | |
| MELISSA CHILDRESS, Correctional Officer | ) | |
| of the Sangamon County Jail, individually; | ) | |
| Sergeant GUY, Sergeant of Sangamon County | ) | |
| Jail, Individually; Sergeant BOUVET, Sergeant | ) | |
| of Sangamon County jail, individually; | ) | |
| Lieutenant LOFTUS, Lieutenant of the | ) | |
| Sangamon County Jail, Individually; | ) | |
| MICHAEL FELECIA, Village of Grandview | ) | |
| Police Officer, individually; B. WEISS, City of | ) | |
| Springfield Police Officer, individually, | ) | |
| Defendants. | | |

**MOTION FOR SUMMARY JUDGMENT ON AMENDED MOTION FOR
PRELIMINARY INJUNCTION BY DEFENDANTS, THE SANGAMON COUNTY
SHERIFF'S DEPARTMENT, TERRY DURR, WILLIAM STRAYER, LTN.
BUECKNER, CANDACE CAIN, BRIEN CARRY, CARLA CARRY, TAMMY POWELL,
OFFICER DOEDGE, MELISSA CHILDRESS, SGT. GUY, SGT. BOUVET AND LT.
LOFTUS**

60143517v1 858991

NOW COME the above-referenced Defendants, by and through their attorneys, HINSHAW & CULBERTSON LLP, pursuant to Rule 56 of the Federal Rules of Civil Procedure and move that this Court grant summary judgment in their favor upon the Amended Motion for Preliminary Injunction filed herein.

As grounds therefor, it is respectfully submitted that the Plaintiff, Scott Nelson Glisson, was discharged from the Sangamon County Jail on November 19, 2005, and has not since been incarcerated in the Sangamon County Jail. In addition, Mr. Glisson's attorney, Patricia L. Hayes, has been removed from the restricted list of attorneys about February 1, 2006, by virtue of recent appropriate conduct in connection with the representation of another inmate in the Sangamon County Jail. Consequently, the Defendants respectfully submit the Amended Motion for the Preliminary Injunction now involves a moot cause of action, and this Honorable Court should grant the Defendant's Motion for Summary Judgment upon the Amended Motion for Preliminary Injunction.

In support of this Motion, Defendants attach an Affidavit of Lt. William Strayer along with a Memorandum of Law in compliance with Local Rule 7.1(B) of the Local Rules of the United States District Court for the Central District of Illinois.

> s/ D. Bradley Blodgett
> Hinshaw & Culbertson LLP
> 400 S. 9th St., Suite 200
> Springfield, IL   62701
> Phone:  217-528-7375
> Fax: 217-528-0075
> E-mail:  bblodgett@hinshawlaw.com
> Attorney Bar No. 0231134

2

60143517v1 858991

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2006, I electronically filed the Motion for Summary Judgment on Amended Motion for Preliminary Injunction of The Sangamon County Sheriff's Office, Assistant State's Attorney Dwayne Gab, Sangamon County Jail Superintendent Terry Durr, Sangamon County Assistant Jail Superintendent William Strayer, Lieutenant Ronald Beckner, Lieutenant Candace Cain, Sergeant Brian Carey, Correctional Officer Carla Carey, Correctional Officer Tammy Powell, Correctional Officer Christopher Doelsch, Correctional Officer Melissa Childress, Sergeant Todd Guy, Sergeant Guy Bouvet and Lieutenant Scott Loftus with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**        Email: hayeslaw1@sbcglobal.net
**James A. Lang**              Email: corporationcounsel@cwlp.com


                          s/ D. Bradley Blodgett
                          Hinshaw & Culbertson LLP
                          400 S. 9th St., Suite 200
                          Springfield, IL   62701
                          Phone:  217-528-7375
                          Fax: 217-528-0075
                          E-mail:  bblodgett@hinshawlaw.com
                          Attorney Bar No. 0231134

60143517v1 858991