**E-FILED**
Wednesday, 08 February, 2006  03:20:06 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS              )
                               )
COUNTY OF SANGAMON             )

## A F F I D A V I T

I, William Strayer, having been duly sworn hereby swear and depose as follows based upon my personal knowledge.

1.      I am Assistant Superintendent of the Sangamon County Jail and familiar with its records relating to the incarceration and discharge of prisoners, and with its list of attorneys upon its restricted list.

2.      Based upon this information the plaintiff Scott Nelson Glisson was discharged from the Sangamon County Jail on November 19, 2005 and has not since been incarcerated.

3.      Attorney Patricia L. Hayes was taken off the list of attorneys with restrictions upon the manner of their visits with inmates on or about February 1, 2006 based upon her showing of appropriate conduct in connection with the representation of an another inmate in the jail.

FURTHER, AFFIANT SAYETH NOT.

_William Strayer_
William Strayer

SUBSCRIBED and SWORN to before me this _8th_ day of February, 2006.

OFFICIAL SEAL
KAREN HARDY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-26-2008

_Karen Hardy_
Notary Public

60143520v1 026