**E-FILED**
Wednesday, 08 February, 2006  03:22:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.  2005-3250 |
| vs. ) | |
| ) | |
| SANGAMON COUNTY SHERIFF'S ) | |
| DEPARTMENT, a county governmental unit; ) | |
| DUANE GABB, Sangamon County Assistant ) | |
| State's Attorney, individually; TERRY DURR, ) | |
| Superintendent of the Sangamon County Jail, ) | |
| individually, WILLIAM STRAYER, Asst. ) | |
| Superintendent of the Sangamon County Jail, ) | |
| Individually; Ltn. BUECKNER, Assistant ) | |
| Superintendent of the Sangamon County Jail, ) | |
| individually; CANDACE CAIN, Lieutenant of ) | |
| the Sangamon County Jail, individually; BRIEN ) | |
| CARRY, Lieutenant of the Sangamon County ) | |
| Jail, individually; Officer CARLA CARRY, ) | |
| correctional officer of the Sangamon County ) | |
| Jail, individually; TAMMY POWELL Sergeant ) | |
| of the Sangamon County Jail, individually; ) | |
| Officer DOEDGE, correctional Officer of the ) | |
| Sangamon County Jail, individually; Officer ) | |
| MELISSA CHILDRESS, Correctional Officer ) | |
| of the Sangamon County Jail, individually; ) | |
| Sergeant GUY, Sergeant of Sangamon County ) | |
| Jail, Individually; Sergeant BOUVET, Sergeant ) | |
| of Sangamon County jail, individually; ) | |
| Lieutenant LOFTUS, Lieutenant of the ) | |
| Sangamon County Jail, Individually; ) | |
| MICHAEL FELECIA, Village of Grandview ) | |
| Police Officer, individually; B. WEISS, City of ) | |
| Springfield Police Officer, individually, ) | |
| | |
| Defendants. | |

**MEMORANDUM OF LAW IN SUPPORT
MOTION FOR SUMMARY JUDGMENT ON AMENDED MOTION FOR
PRELIMINARY INJUNCTION BY DEFENDANTS, THE SANGAMON COUNTY
SHERIFF'S DEPARTMENT, TERRY DURR, WILLIAM STRAYER, LTN.
BUECKNER, CANDACE CAIN, BRIEN CARRY, CARLA CARRY, TAMMY POWELL,
OFFICER DOEDGE, MELISSA CHILDRESS, SGT. GUY, SGT. BOUVET AND LT.
LOFTUS**

60143518v1 858991

NOW COME the above-referenced Defendants, by and through their attorneys, HINSHAW & CULBERTSON LLP, and submit this Memorandum of Law in support of their Motion for Summary Judgment upon the Amended Motion for a Preliminary Injunction by Plaintiff, Scott Nelson Glisson.

In this cause, the Plaintiff, SCOTT NELSON GLISSON, was discharged from the Sangamon County Jail on November 19, 2005, and his attorney, Patricia L. Hayes, has been removed from the restricted list regulating the manner of attorney visits with clients in the Sangamon County Jail based upon her recent appropriate conduct with another inmate in the Jail.

Rule 56 of the Federal Rules of Civil Procedure permits this Motion by the Defendants. The purpose of injunctive relief is to prevent future harm. Thus, if the harmful conduct sought to be enjoined has been discontinued, injunctive relief will not be granted. In the case of *Ransom v. Davies*, 816 F.Supp. 681 (Kan. 1993) a plaintiff claimed that urinalysis testing violated his right to due process and sought injunctive relief. The defendants filed a motion for summary judgment alleging that a new procedure was in effect for which there was no question but that it was a constitutional form of testing. The court under these circumstances found that summary judgment in favor of the defendants was appropriate upon the request for injunctive relief.

It is respectfully submitted that since the Plaintiff is no longer incarcerated, he is not exposed to future harm in the manner in which he may visit with his attorney in the Jail, and since his attorney is now off the restricted list, it is clear that the issues raised by the Plaintiff in his Amended Motion for Preliminary Injunction are moot, and summary judgment should be granted to the Defendants upon the Amended Motion for Preliminary Injunction.

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

2

60143518v1 858991

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2006, I electronically filed the Memorandum of Law in Support of Motion for Summary Judgment on Amended Motion for Preliminary Injunction of The Sangamon County Sheriff's Office, Sangamon County Jail Superintendent Terry Durr, Sangamon County Assistant Jail Superintendent William Strayer, Lieutenant Ronald Beckner, Lieutenant Candace Cain, Sergeant Brian Carey, Correctional Officer Carla Carey, Correctional Officer Tammy Powell, Correctional Officer Christopher Doelsch, Correctional Officer Melissa Childress, Sergeant Todd Guy, Sergeant Guy Bouvet and Lieutenant Scott Loftus with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**          Email: hayeslaw1@sbcglobal.net
**James A. Lang**              Email: corporationcounsel@cwlp.com


                                    s/ D. Bradley Blodgett
                                    Hinshaw & Culbertson LLP
                                    400 S. 9th St., Suite 200
                                    Springfield, IL   62701
                                    Phone:  217-528-7375
                                    Fax: 217-528-0075
                                    E-mail:  bblodgett@hinshawlaw.com
                                    Attorney Bar No. 0231134

60143518v1 858991