## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SCOTT NELSON GLISSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 05-3250** |
| | ) | |
| **SANGAMON COUNTY SHERIFF'S** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

**NOW COMES** Defendant, Officer D. Weiss, by and through his attorneys Jenifer L. Johnson, Corporation Counsel, James A. Lang, Assistant Corporation Counsel and Angela Fyans, Assistant Corporation Counsel, and for his Answer to Plaintiff's Amended Complaint states as follows:

1.     Defendant Weiss admits that Plaintiff's complaint attempts to state a cause of action pursuant to § 42 U.S.C. 1983. Defendant Weiss denies Plaintiff's complaint of excessive use of force and of violation of equal protection of law against Defendant Weiss. Defendant Weiss denies that Plaintiff's Complaint that Plaintiff's Constitutional right to be free from cruel and unusual punishment states a cause of action against Defendant Weiss.

2.     Defendant Weiss admits that Plaintiff attempts to assert jurisdiction pursuant to the statutory references listed in the complaint. Defendant Weiss points out that 28 U.S.C. § 331 is probably meant to be 28 U.S.C. § 1331.

3.     Defendant Weiss denies the allegations in paragraph 3.

4.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 4 and therefore must deny the allegations.

5.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 5 and therefore must deny the allegations.

6.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 6 and therefore must deny the allegations.

7.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 7 and therefore must deny the allegations.

8.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 8 and therefore must deny the allegations.

9.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 9 and therefore must deny the allegations.

10.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 10 and therefore must deny the allegations.

11.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 11 and therefore must deny the allegations.

12.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 12 and therefore must deny the allegations.

13.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 13 and therefore must deny the allegations.

14.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 14 and therefore must deny the allegations.

15.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 15 and therefore must deny the allegations.

16.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 16 and therefore must deny the allegations.

17.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 17 and therefore must deny the allegations.

18.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 18 and therefore must deny the allegations.

19.    Defendant Weiss denies the allegations of Paragraph 19.

**Allegations Common to All Causes of Action 42 U.S.C. § 1983**

20.    Defendant Weiss reasserts and re-alleges his answers to Paragraphs 1 through 19 as and for his answer to Paragraph 20.

21.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 21 and therefore must deny the allegations.

22.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 22 and therefore must deny the allegations.

23.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 23 and therefore must deny the allegations.

24.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 24 and therefore must deny the allegations.

25.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 25 and therefore must deny the allegations.

26.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 26 and therefore must deny the allegations.

27.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 27 and therefore must deny the allegations.

28.    Defendant Weiss denies the allegations in Paragraph 28.

29.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 29 and therefore must deny the allegations.

30.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 30 and therefore must deny the allegations.

31.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 31 and therefore must deny the allegations.

32.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 32 and therefore must deny the allegations.

33.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 33 and therefore must deny the allegations.

34.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 34 and therefore must deny the allegations.

35.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 35 and therefore must deny the allegations.

36.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 36 and therefore must deny the allegations.

37.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 37 and therefore must deny the allegations.

38.     Defendant Weiss has insufficient knowledge of the allegations in Paragraph 38 and therefore must deny the allegations.

39.     Defendant Weiss has insufficient knowledge of the allegations in Paragraph 39 and therefore must deny the allegations.

40.     Defendant Weiss has insufficient knowledge of the allegations in Paragraph 40 and therefore must deny the allegations.

41.     Defendant Weiss has insufficient knowledge of the allegations in Paragraph 41 and therefore must deny the allegations.

42.     Defendant Weiss has insufficient knowledge of the allegations in Paragraph 42 and therefore must deny the allegations.

43.     Defendant Weiss admits Plaintiff was arrested. Defendant Weiss denies the remainder of the allegations in Paragraph 43.

44.     Defendant Weiss denies the allegations in Paragraph 44.

45.     Defendant Weiss admits allegations of Paragraph 45.

46.     Defendant Weiss denies the allegations in Paragraph 46.

47.     Defendant Weiss denies the allegations in Paragraph 47.

48.     Defendant Weiss denies the allegations in Paragraph 48.

49.     Defendant Weiss denies the allegations in Paragraph 49.

50.     Defendant Weiss denies the allegations in Paragraph 50.

51.     Defendant Weiss denies the allegations in Paragraph 51.

52.     Defendant Weiss admits Plaintiff was arrested by Defendant Weiss. Defendant Weiss has insufficient knowledge of the allegations in the rest of the allegations listed in Paragraph 52 and therefore must deny the allegations.

53.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 53 and therefore must deny the allegations.

54.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 54 and therefore must deny the allegations.

55.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 55 and therefore must deny the allegations.

56.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 56 and therefore must deny the allegations.

57.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 57 and therefore must deny the allegations.

58.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 58 and therefore must deny the allegations.

59.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 59 and therefore must deny the allegations.

60.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 60 and therefore must deny the allegations.

61.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 61 and therefore must deny the allegations.

62.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 62 and therefore must deny the allegations.

63.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 63 and therefore must deny the allegations.

64.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 64 and therefore must deny the allegations.

65.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 65 and therefore must deny the allegations.

66.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 66 and therefore must deny the allegations, including all sub-paragraphs there under.

67.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 67 and therefore must deny the allegations.

68.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 68 and therefore must deny the allegations.

69.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 69 and therefore must deny the allegations.

70.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 70 and therefore must deny the allegations.

71.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 71 and therefore must deny the allegations.

72.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 72 and therefore must deny the allegations.

73.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 73 and therefore must deny the allegations.

74.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 74 and therefore must deny the allegations.

75.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 75 and therefore must deny the allegations.

76.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 76 and therefore must deny the allegations.

## COUNT I

76.    Defendant Weiss reasserts and re-alleges his answers to Paragraphs 1 through 76 as and for his answer to Paragraph 76 under Count I for Count I.

77.    Defendant Weiss denies the allegations of Paragraph 77.

78.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 78 and therefore must deny the allegations.

79.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 79 and therefore must deny the allegations.

80.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 80 and therefore must deny the allegations.

81.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 81 and therefore must deny the allegations.

82.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 82 and therefore must deny the allegations.

## COUNT II

83.    Defendant Weiss reasserts and re-alleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 83 of Count II.

84.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 84 and therefore must deny the allegations.

85.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 85 and therefore must deny the allegations.

86.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 86 and therefore must deny the allegations.

87.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 87 and therefore must deny the allegations.

88.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 88 and therefore must deny the allegations.

**COUNT III**

89.    Defendant Weiss reasserts and re-alleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 89 of Count III.

90.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 90 and therefore must deny the allegations.

91.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 91 and therefore must deny the allegations.

92.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 92 and therefore must deny the allegations.

93.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 93 and therefore must deny the allegations.

94.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 94 and therefore must deny the allegations.

95.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 95 and therefore must deny the allegations.

## **COUNT IV**

96.    Defendant Weiss reasserts and re-alleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 96 of Count IV.

97.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 97 and therefore must deny the allegations.

98.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 98 and therefore must deny the allegations.

99.    Defendant Weiss has insufficient knowledge of the allegations in Paragraph 99 and therefore must deny the allegations.

100.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 100 and therefore must deny the allegations.

101.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 101 and therefore must deny the allegations.

102.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 102 and therefore must deny the allegations.

## **COUNT V.**

103.   Defendant Weiss reasserts and re-alleges his answers to Paragraph 1 through 82 as and for his answer to Paragraph 103 of Count V.

104.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 104 and therefore must deny the allegations.

105.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 105 and therefore must deny the allegations.

106.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 106 and therefore must deny the allegations.

107.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 107 and therefore must deny the allegations.

108.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 108 and therefore must deny the allegations.

109.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 109 and therefore must deny the allegations.

## COUNT VI

110.   Defendant Weiss reasserts and re-alleges his answers to Paragraph 1 through 82 as and for his answer to Paragraph 110 of Count VI.

111.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 111 and therefore must deny the allegations.

112.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 112 and therefore must deny the allegations.

113.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 113 and therefore must deny the allegations.

114.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 114 and therefore must deny the allegations.

115.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 115 and therefore must deny the allegations.

116.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 116 and therefore must deny the allegations.

117.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 117 and therefore must deny the allegations.

<strong><u>COUNT VII</u></strong>

118.   Defendant Weiss reasserts and re-alleges his answers to Paragraph 1 through 82 as and for his answer to Paragraph 118 of Count VII.

119.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 119 and therefore must deny the allegations.

120.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 120 and therefore must deny the allegations.

121.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 121 and therefore must deny the allegations.

122.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 122 and therefore must deny the allegations.

123.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 123 and therefore must deny the allegations.

124.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 124 and therefore must deny the allegations.

<strong><u>COUNT VIII</u></strong>

125.   Defendant Weiss reasserts and re-alleges his answers to Paragraph 1 through 82 as and for his answer to Paragraph 125 of Count VIII.

126.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 126 and therefore must deny the allegations.

127. Defendant Weiss has insufficient knowledge of the allegations in Paragraph 127 and therefore must deny the allegations.

128. Defendant Weiss has insufficient knowledge of the allegations in Paragraph 128 and therefore must deny the allegations.

129. Defendant Weiss has insufficient knowledge of the allegations in Paragraph 129 and therefore must deny the allegations.

130. Defendant Weiss has insufficient knowledge of the allegations in Paragraph 130 and therefore must deny the allegations.

131. Defendant Weiss has insufficient knowledge of the allegations in Paragraph 131 and therefore must deny the allegations.

### **COUNT IX**

132. Defendant Weiss reasserts and re-alleges his answers to Paragraphs 1 through 82 as and for his answer to Paragraph 132 of Count IX.

133. Defendant Weiss denies the allegations of Paragraph 133.

134. Defendant Weiss denies the allegations of Paragraph 134.

135. Defendant Weiss denies the allegations of Paragraph 135.

136. Defendant Weiss denies the allegations of Paragraph 136.

137. Defendant Weiss denies the allegations of Paragraph 137.

138. Defendant Weiss denies the allegations of Paragraph 138.

### **COUNT X**

139. Defendant Weiss reasserts and re-alleges his answers to Paragraph 1 through 82 as and for his answer to Paragraph 139 of Count VIII.

140.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 140 and therefore must deny the allegations.

141.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 141 and therefore must deny the allegations.

142.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 142 and therefore must deny the allegations.

143.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 143 and therefore must deny the allegations.

144.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 144 and therefore must deny the allegations.

145.   There is no paragraph 145 in Plaintiff's Complaint.

146.   Defendant Weiss has insufficient knowledge of the allegations in Paragraph 146 and therefore must deny the allegations.

**WHEREFORE**, Defendant Weiss prays that this Court enter judgment in his favor, for its costs and such other relief as is just and equitable.

### AFFIRMATIVE DEFENSES

1.  Defendant Weiss is entitled to qualified immunity for the actions alleged to have been taken by him in regard to Plaintiff.

2.  Defendant Weiss was justified in the use of force against Plaintiff, if any was used.

**<u>DEFENDANT WEISS DEMANDS TRIAL BY JURY</u>**


**RESPECTFULLY SUBMITTED,
OFFICER D. WEISS**


**s/James A. Lang**
Bar Number 6211100
Attorney for Defendant D. Weiss
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:          (217) 789-2397
Email:          corporationcounsel@cwlp.com

**s/ Angela Fyans**
Bar Number 6276499
Attorney for Defendant D. Weiss
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:          (217) 789-2397
Email:          corporationcounsel@cwlp.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SCOTT NELSON GLISSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 05-3250** |
| | ) | |
| **SANGAMON COUNTY SHERIFF'S** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

  I hereby certify that on February 9, 2006, I electronically filed **ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patricia L. Hayes; D. Bradley Blodgett; Theresa M. Powell; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

      **s/James A. Lang**
      Bar Number 6211100
      Attorney for Defendant D. Weiss
      Assistant Corporation Counsel
      Room 313 Municipal Center East
      800 East Monroe Street
      Springfield, Illinois 62701-1689
      Telephone:  (217) 789-2393
      Fax:          (217) 789-2397
      Email:       corporationcounsel@cwlp.com

      **s/ Angela Fyans**
      Bar Number 6276499
      Attorney for Defendant D. Weiss
      Assistant Corporation Counsel
      Room 313 Municipal Center East
      800 East Monroe Street
      Springfield, Illinois 62701-1689
      Telephone:  (217) 789-2393
      Fax:          (217) 789-2397
      Email:       corporationcounsel@cwlp.com