**E-FILED**
Thursday, 09 February, 2006  11:08:34 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **SCOTT NELSON GLISSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 05-3250** |
| | ) | |
| **SANGAMON COUNTY SHERIFF'S** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**RESPONSE TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION**

**NOW COMES** Defendant, Officer D. Weiss, by and through his attorneys Jenifer L. Johnson, Corporation Counsel, James A. Lang, Assistant Corporation Counsel and Angela Fyans, Assistant Corporation Counsel, and for his Response to Plaintiff's Amended Motion for Preliminary Injunction, states as follows:

1.  The allegations of and the relief requested in Plaintiff's Amended Motion for Preliminary Injunction are not directed to Defendant Weiss, therefore Defendant Weiss makes no response thereto.

**RESPECTFULLY SUBMITTED,**
**OFFICER D. WEISS**

**s/James A. Lang**
Bar Number 6211100
Attorney for Defendant D. Weiss
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393

2

Fax:            (217) 789-2397
Email:          corporationcounsel@cwlp.com

**s/ Angela Fyans**
Bar Number 6276499
Attorney for Defendant D. Weiss
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:            (217) 789-2397
Email:          corporationcounsel@cwlp.com

2

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **SCOTT NELSON GLISSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 05-3250** |
| | ) | |
| **SANGAMON COUNTY SHERIFF'S** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

        I hereby certify that on February 9, 2006, I electronically filed
**Response to Plaintiff's Amended Motion for Preliminary Injunction** with
the Clerk of the Court using the CM/ECF system which will send notification of
such filing to the following: Patricia L. Hayes; D. Bradley Blodgett; Theresa M.
Powell; and I hereby certify that I have mailed by United States Postal Service
the document to the following non CM/ECF participants: n/a

> **s/James A. Lang**
> Bar Number 6211100
> Attorney for Defendant D. Weiss
> Assistant Corporation Counsel
> Room 313 Municipal Center East
> 800 East Monroe Street
> Springfield, Illinois 62701-1689
> Telephone:  (217) 789-2393
> Fax:           (217) 789-2397
> Email:          corporationcounsel@cwlp.com
>
> **s/ Angela Fyans**
> Bar Number 6276499
> Attorney for Defendant D. Weiss
> Assistant Corporation Counsel
> Room 313 Municipal Center East
> 800 East Monroe Street
> Springfield, Illinois 62701-1689
> Telephone:  (217) 789-2393
> Fax:           (217) 789-2397
> Email:          corporationcounsel@cwlp.com