**E-FILED**
Wednesday, 15 February, 2006  12:48:00 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| SCOTT NELSON GLISSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.  05-3250 |
| ) | |
| SANGAMON COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT WEISS' MOTION TO SEVER

**NOW COMES** Defendant Weiss, by and through his attorneys, Jenifer L. Johnson, Corporation Counsel, James A. Lang, Assistant Corporation Counsel, and Angela Fyans, Assistant Corporation Counsel, and moves this Court to sever Defendant Weiss pursuant to F. R. Civ. P. 21, stating as follows:

1.      The allegations do not establish that the claims against Defendant Weiss and the other defendants arose from the same transaction or occurrence.

3.      The interests of justice and preserving the rights of Defendant Weiss to a fair trial require the severance of the claims against Defendant Weiss and the other defendants.

4.      There is no prejudice to the Plaintiff if the Court orders that Defendant Weiss be severed.

5.      Defendant Weiss submits his Memorandum of Law concurrently herewith.

**WHEREFORE**, Defendant Weiss moves this Court to:

1.    Sever Plaintiff's claims against Defendant Weiss into a

separate case; and

2.    Grant such other relief as is just and equitable.


**RESPECTFULLY SUBMITTED,**
**OFFICER D. WEISS**


**s/James A. Lang**
Bar Number 6211100
Attorney for Defendant D. Weiss
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:           (217) 789-2397
Email:         corporationcounsel@cwlp.com

**s/ Angela Fyans**
Bar Number 6276499
Attorney for Defendant D. Weiss
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:           (217) 789-2397
Email:         corporationcounsel@cwlp.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **SCOTT NELSON GLISSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 05-3250** |
| | ) | |
| **SANGAMON COUNTY SHERIFF'S** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2006, I electronically filed **Motion Sever** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patricia L. Hayes; D. Bradley Blodgett; Theresa M. Powell; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

**s/James A. Lang**
Bar Number 6211100
Attorney for Defendant D. Weiss
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:          (217) 789-2397
Email:         corporationcounsel@cwlp.com