01526-P7/06
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-3250 |
| ) | |
| SANGAMON COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, OFFICER MICHAEL FELECIA, by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for his Motion for Summary Judgment, states:

### I. INTRODUCTION

Plaintiff has attempted to assert a cause of action pursuant to § 1983 against numerous defendants. One of those defendants includes the undersigned, Michael Felecia. Officer Felecia is the Chief of Police for the Village of Grandview. He had no connection with the allegations contained within Plaintiff's Complaint, as he so states in his Affidavit. Defendants therefore file this Motion for Summary Judgment to dismiss him from this cause of action.

### II. UNDISPUTED STATEMENTS OF FACT

1. Plaintiff alleges that on August 26, 2005, he was arrested.

2. The Chief of Police for the Village of Grandview is Michael Felecia. (See Felecia Affidavit, attached hereto as Exhibit 1)

3. Michael Felecia was the Chief of Police on August 26, 2005. (Exhibit 1)

4. Defendant Felecia had no participation in the arrest of the Plaintiff as alleged in Plaintiff's Complaint. (Exhibit 1)

5. Plaintiff's Complaint references both Officer Felecia and another officer by the name of Alicia.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

01526-P7706
TMP/ej

  6.  Plaintiff uses these names interchangeably.

  7.  Chief of Police Felecia is a different person from Officer Alicia.

  8.  The Village of Grandview had no participation in the arrest of Scott Nelson Glisson, the Plaintiff in this case, as alleged in the Complaint.  (Exhibit 1)

### III. LEGAL ARGUMENT

The Plaintiff has filed a cause of action for § 1983 against the undersigned Defendant.  It is presumed that Plaintiff's claim against this Defendant is one for excessive force pursuant to the Fourth Amendment.  These claims concern the issue as to whether or not the officer's use of force was objectively reasonable based on the facts and circumstances confronting him at the time the force was used.  Grand v. Connor, 490 U.S. 386, 397 (1989).

Given that the undersigned Defendant had no contact whatsoever with the Plaintiff, Defendant is entitled to summary judgment.

### IV. CONCLUSION

The undersigned Defendant is entitled to summary judgment as Plaintiff has no facts to contradict the undisputed material statement of fact that this Defendant had no involvement with Mr. Glisson, the Plaintiff in this case, on this date or any other occasion.  Defendant therefore prays that this Court will grant summary judgment in his favor, plus costs of suit and any other relief this Court deems appropriate.

                       OFFICER MICHAEL FELECIA
                       s/Theresa M. Powell
                       HEYL, ROYSTER, VOELKER & ALLEN
                       Suite 575, National City Center
                       P. O. Box 1687

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

01526-P7706
TMP/ej

Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

01526-P7706
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2006, I electronically filed **Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Patricia L. Hayes
>hayeslaw1@sbcglobal.net
>
>D. Bradley Blodgett
>bblodgett@hinshawlaw.com
>
>James A. Lang
>jlang@cwlp.com

and I hereby certify that on February 26, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

>None

>Respectfully submitted,
>s/Theresa M. Powell
>HEYL, ROYSTER, VOELKER & ALLEN
>Suite 575, National City Center
>P. O. Box 1687
>Springfield, IL  62705
>Phone: (217) 522-8822
>Fax:    (217) 523-3902
>E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822