01526-P7706
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

SCOTT NELSON GLISSON,         )
                              )
            Plaintiff,        )
                              )
    v.                        )   No. 05-3250
                              )
SANGAMON COUNTY SHERIFF'S     )
DEPARTMENT, et al.,           )
                              )
            Defendants.       )


STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF _____    )

### AFFIDAVIT

I, MICHAEL FELECIA, being first duly sworn upon my oath, depose and state as follows:

1.  I am currently the Chief of Police for the Village of Grandview.

2.  I held this position on August 26, 2005 and continue to be the Chief of Police for the Village of Grandview.

3.  In this capacity, I had no participation in an arrest of the Plaintiff identified in this case as Scott Glisson.

4.  It appears that Plaintiff's counsel has confused me with someone else with a similar sounding last name.

5.  I have had no involvement whatsoever with Scott Glisson and particularly deny each and every allegation as they pertain to me in Plaintiff's Amended Complaint.

6.  The matter before this Court stems from an arrest made by the Springfield Police Department.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

DEFENDANT'S
EXHIBIT
1

01526-P7706
TMP/ej

7. Neither the Village of Grandview nor I assisted in any way in that arrest.

8. I am competent to testify to the matters set forth herein and make this Affidavit in support of a Motion for Summary Judgment on my behalf.

Further Affiant Sayeth Not.

_____
MICHAEL FELECIA

Subscribed and Sworn to before me this
15th day of February, 2006.

_____
Notary Public

OFFICIAL SEAL
LISA SHERELL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/27/10

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2