IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, } | |
| } | |
| Plaintiff, } | |
| } | |
| vs. } | NO. 05-3250 |
| } | |
| SANGAMON COUNTY SHERIFF'S } | |
| DEPARTMENT, a county governmental unit, et. al. } | |
| } | |
| Defendants. } | |

**MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT FELECIA AND MOTION TO DISMISS MOTION FOR PRELIMINARY INJUNCTION**

**NOW COMES**, the Plaintiff, SCOTT NELSON GLISSON, by and through his attorney, Patricia L. Hayes, and voluntarily dismisses Defendant Officer Michael Felecia, from this cause of action, with prejudice, each party to bear their own costs and Motion to Dismiss Motion for Preliminary Injunction since Plaintiff is no longer incarcerated in the Sangamon County Jail, said issue being moot.

SCOTT NELSON GLISSON, Plaintiff

BY:_____/s/Patricia L. Hayes_____
PATRICIA L. HAYES, His Attorney

Patricia L. Hayes (#06192974)
HAYES LAW OFFICE
400 Chatham Road, Ste 101B
Springfield, IL 62704
Phone: 217 793-3863

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Bradley Blodgett
Hinshaw & Culbertson, LLP
400 S. 9th Street, Suite 200
Springfield, IL  62701
E-mail: bblodgett@hinshawlaw.com

Theresa M. Powell
tpowell@hrva.com

James A. Lang
jlang@cwlp.com


_____s/Patricia L. Hayes_____

Patricia L. Hayes (#06192974)
HAYES LAW OFFICE
400 Chatham Road, Ste 101B
Springfield, IL 62704
Phone:  217 793-3863