UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SANGAMON COUNTY SHERIFF'S )<br>DEPARTMENT, a county governmental unit; )<br>DUANE GABB, Sangamon County Assistant )<br>State's Attorney, individually; TERRY DURR, )<br>Superintendent of the Sangamon County Jail, )<br>individually, WILLIAM STRAYER, Asst. )<br>Superintendent of the Sangamon County Jail, )<br>Individually; Ltn. BUECKNER, Assistant )<br>Superintendent of the Sangamon County Jail, )<br>individually; CANDACE CAIN, Lieutenant of )<br>the Sangamon County Jail, individually; BRIEN )<br>CARRY, Lieutenant of the Sangamon County )<br>Jail, individually; Officer CARLA CARRY, )<br>correctional officer of the Sangamon County )<br>Jail, individually; TAMMY POWELL Sergeant )<br>of the Sangamon County Jail, individually; )<br>Officer DOEDGE, correctional Officer of the )<br>Sangamon County Jail, individually; Officer )<br>MELISSA CHILDRESS, Correctional Officer )<br>of the Sangamon County Jail, individually; )<br>Sergeant GUY, Sergeant of Sangamon County )<br>Jail, Individually; Sergeant BOUVET, Sergeant )<br>of Sangamon County jail, individually; )<br>Lieutenant LOFTUS, Lieutenant of the )<br>Sangamon County Jail, Individually; )<br>MICHAEL FELECIA, Village of Grandview )<br>Police Officer, individually; B. WEISS, City of )<br>Springfield Police Officer, individually, )<br>        Defendants. | Case No. 2005-3250 |

## MOTION TO CORRECT RECORD

NOW COME the above-referenced Defendants, Sangamon County Sheriff's Office, et al., by and through their attorneys, HINSHAW & CULBERTSON LLP, and moves to correct the record as follows:

In this Honorable Court's Order of March 29, 2006, the Clerk was directed to show that the Answer (22) was also an Answer on behalf of Defendant, Duane Gabb. Defendants respectfully submit that Defendant, Duane Gabb, was dismissed by Order of this Court in its Order of January 6, 2006 (page 33). The actual ruling was the Motion to Dismiss is allowed as to Gabb but without prejudice to re-pleading. Defendants are unaware that there has been any re-pleading and, therefore, believe that Duane Gabb was not required to file an Answer to the Amended Complaint, and that the Order providing that the Answer would also appear on behalf of Defendant, Duane Gabb, should be canceled or rescinded.

Also, in this Court's Order of March 29, 2006 in which a Rule 16 Scheduling Conference was set for all Defendants, on Tuesday, May 2, 2006, it was provided that the counsel for Defendant, B. Weiss (Blodgett) need not participate. Actually, the counsel for Defendant, B. Weiss, are Attorneys Angela M. Fyans and James A. Lang, rather than Blodgett. Mr. Blodgett is attorney for the Defendants in this cause who are involved in the Rule 16 Scheduling Conference set for May 2, 2006, and will participate as required.

WHEREFORE, Defendant, Sangamon County Sheriff's Office, et al, pray that this Honorable Court take such steps as it deems appropriate to correct the record as to the foregoing matters.

> s/ D. Bradley Blodgett
> Hinshaw & Culbertson LLP
> 400 S. 9th St., Suite 200
> Springfield, IL   62701
> Phone: 217-528-7375
> Fax: 217-528-0075
> E-mail:  bblodgett@hinshawlaw.com
> Attorney Bar No. 0231134

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2006, I electronically filed the Motion to Correct Record on behalf of Defendant, Sangamon County Sheriff's Office, et al., with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | |
|---|---|
| **Patricia L. Hayes** | Email: hayeslaw1@sbcglobal.net |
| **James A. Lang** | Email: corporationcounsel@cwlp.com |
| **Angela M. Fyans** | Email**:** afyans@cwlp.com |

                                         s/ D. Bradley Blodgett
                                         Hinshaw & Culbertson LLP
                                         400 S. 9th St., Suite 200
                                         Springfield, IL   62701
                                         Phone:  217-528-7375
                                         Fax: 217-528-0075
                                         E-mail:  bblodgett@hinshawlaw.com
                                         Attorney Bar No. 0231134

60146153v1 858991