UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, ) | |
|     Plaintiffs, ) | |
| vs. ) | |
| SANGAMON COUNTY SHERIFF'S ) | Case No. 2005-3250 |
| DEPARTMENT, a county governmental unit; ) | |
| DUANE GABB, Sangamon County Assistant ) | |
| State's Attorney, individually; TERRY DURR, ) | |
| Superintendent of the Sangamon County Jail, ) | |
| individually, WILLIAM STRAYER, Asst. ) | |
| Superintendent of the Sangamon County Jail, ) | |
| Individually; Ltn. BUECKNER, Assistant ) | |
| Superintendent of the Sangamon County Jail, ) | |
| individually; CANDACE CAIN, Lieutenant of ) | |
| the Sangamon County Jail, individually; BRIEN ) | |
| CARRY, Lieutenant of the Sangamon County ) | |
| Jail, individually; Officer CARLA CARRY, ) | |
| correctional officer of the Sangamon County ) | |
| Jail, individually; TAMMY POWELL Sergeant ) | |
| of the Sangamon County Jail, individually; ) | |
| Officer DOEDGE, correctional Officer of the ) | |
| Sangamon County Jail, individually; Officer ) | |
| MELISSA CHILDRESS, Correctional Officer ) | |
| of the Sangamon County Jail, individually; ) | |
| Sergeant GUY, Sergeant of Sangamon County ) | |
| Jail, Individually; Sergeant BOUVET, Sergeant ) | |
| of Sangamon County jail, individually; ) | |
| Lieutenant LOFTUS, Lieutenant of the ) | |
| Sangamon County Jail, Individually; ) | |
| MICHAEL FELECIA, Village of Grandview ) | |
| Police Officer, individually; B. WEISS, City of ) | |
| Springfield Police Officer, individually, ) | |
|     Defendants. ) | |
| ) | |
| ) | |

**JOINT REPORT OF PARTIES AND PROPOSED SCHEDULING AND DISCOVERY ORDER**

Pursuant to **Fed.R.Civ.P. 26(f)**, an initial meeting of the parties was held on 4/17/06 with

Attorneys Patricia L. Hayes and D. Bradley Blodgett participating.

**SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED**

**TO AS FOLLOWS:**

1. Rule 26 disclosure shall be served by May 30, 2006.

2. Initial interrogatories and request to produce, pursuant to **Fed.R.Civ.P. 33 and 34,** shall be served on opposing parties by July 1, 2006.

3. Third Party actions must be commenced by August 1, 2006. Cross-claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

4. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to **Fed.R.Civ.P.26(a)(2)** as follows:

Plaintiff's expert(s):          January 13, 2007

Defendant's expert(s):       March 31, 2007

5. Depositions of expert witnesses must be taken by

Plaintiff's expert(s):          March 1, 2007

Defendant's expert(s):       May 15, 2007

6. Discovery shall be completed by June 1, 2007. Interrogatories or requests for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

7. All dispositive motions shall be filed by June 15, 2007. Dispositive motions filed after this date will <u>not</u> be considered by the court.

DATED: <u>4/20/06</u>

| | |
|---|---|
| s/ Patricia L. Hayes | s/ D. Bradley Blodgett |
| HAYES LAW OFFICE | Hinshaw & Culbertson LLP |
| 400 Chatham Road, Ste 101B | 400 S. 9th St., Suite 200 |
| Springfield, IL 62704 | Springfield, IL 62701 |
| Phone: 217-793-3863 | Phone: 217-528-7375 |
| Fax: 217-793-3865 | Fax: 217-528-0075 |
| E-mail: hayeslaw1@sbcglobal.net | E-mail: bblodgett@hinshawlaw.com |
| Attorney Bar No: 06192974 | Attorney Bar No. 0231134 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006, I electronically filed the **Joint Report of Parties and Proposed Scheduling and Discovery Order** with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**         Email: hayeslaw1@sbcglobal.net

 

                                                    s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60146212v1 858991