**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| SCOTT NELSON GLISSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SANGAMON COUNTY SHERIFF'S )<br>DEPARTMENT, et al., )<br>)<br>Defendants. ) | Case No. 05-3250 |

**REPORT OF ATTEMPTED SCHEDULING CONFERENCE**

**NOW COMES** Defendant Weiss, by and through his attorneys, Jenifer L. Johnson, Corporation Counsel, James A. Lang, Assistant Corporation Counsel and Angela Fyans, Assistant Corporation Counsel and hereby provides his proposed Scheduling Order, stating as follows:

1. Plaintiff's counsel has made no attempt to contact Defendant's counsel in regard to the Rule 26(f) scheduling conference.

2. Defendant's counsel emailed the attached proposed scheduling order to Plaintiff's counsel on April 24, 2006, and has had no response thereto.

**WHEREFORE**, Defendant submits his proposed Scheduling Order for consideration by the Court.

**RESPECTFULLY SUBMITTED,**
**OFFICER D. WEISS**

**s/James A. Lang**
Bar Number 6211100
Attorney for Defendant D. Weiss
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:        (217) 789-2397
Email:      corporationcounsel@cwlp.com

## Lang, James

| | |
|---|---|
| **From:** | Lang, James |
| **Sent:** | Monday, April 24, 2006 11:20 AM |
| **To:** | 'hayeslaw1@sbcglobal.net' |
| **Cc:** | Fyans, Angela |
| **Subject:** | Scheduling Order |

Please review the attached scheduling order and let me know of any changes before the 24th. If have not heard from you, I will file our proposed order as is.



DEFENDANT'S
EDULING ORDE

PLEASE NOTE NEW EMAIL ADDRESS: james.lang@cwlp.com

James A. Lang
Assistant Corporation Counsel
City of Springfield, Illinois
800 East Monroe, 313 MCE
Springfield IL  62701
Phone  217-789-2393
Fax     217-789-2397

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND PROHIBITED FROM DISCLOSURE UNDER APPLICABLE LAW. YOU ARE HEREBY NOTIFIED THAT ANY UNAUTHORIZED DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SANGAMON COUNTY SHERIFF'S ) <br> DEPARTMENT, et al., ) <br> ) <br> Defendants. ) | Case No.  05-3250 |

**PROPOSED SCHEDULING ORDER**

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

　　1.　　Initial disclosures under Rule 26 to be made by May 15, 2006.

　　2.　　No motions to join other parties or to amend the pleadings to be filed after May 29, 2006.

　　3.　　Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by October 13, 2006. Defendant is to identify testifying experts and to provide Rule 26 expert reports by December 1, 2007.

　　4.　　The parties have until November 17, 2006, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal rules of Civil Procedure in which to comply. The parties have until February 2, 2007, to complete expert discovery.

5. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

6. The parties have until April 13, 2007, to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

7. Rule 26(a)(3) Disclosures shall be served upon the opposing party at least 30 calendar days before the initial trial date set by the Court, unless the initial trial date is rescheduled in which case the disclosure shall be at least 30 days before the rescheduled initial trial date.

8. Final Pre-trial Conference is scheduled for _____, at _____ \_\_\_.m. before U.S. District Judge Scott. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 - Pre-Trial Procedures.)

9. Trial is scheduled for _____, at _____ a.m. on the trial calendar of U.S. District Judge Scott.

10. If the parties consent to trial before a U.S. Magistrate Judge, the final pre-trial date and trial date may be changed.

11. A settlement conference will be hosted by a U.S. Magistrate Judge in Springfield upon joint request of the parties.

12. Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges courtrooms.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ENTERED: _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-3250 |
| ) | |
| SANGAMON COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on April 27, 2006, I electronically filed **REPORT OF ATTEMPTED SCHEDULING CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patricia L. Hayes and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

                                         **s/James A. Lang**
                                         Bar Number 6211100
                                         Attorney for Defendant D. Weiss
                                         Assistant Corporation Counsel
                                         Room 313 Municipal Center East
                                         800 East Monroe Street
                                         Springfield, Illinois 62701-1689
                                         Telephone:  (217) 789-2393
                                         Fax:         (217) 789-2397
                                         Email:      corporationcounsel@cwlp.com