UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2005-3250 |
| vs. | ) |
| | ) |
| SANGAMON COUNTY SHERIFF'S DEPARTMENT, a county governmental unit; DUANE GABB, Sangamon County Assistant State's Attorney, individually; TERRY DURR, Superintendent of the Sangamon County Jail, individually, WILLIAM STRAYER, Asst. Superintendent of the Sangamon County Jail, Individually; Ltn. BUECKNER, Assistant Superintendent of the Sangamon County Jail, individually; CANDACE CAIN, Lieutenant of the Sangamon County Jail, individually; BRIEN CARRY, Lieutenant of the Sangamon County Jail, individually; Officer CARLA CARRY, correctional officer of the Sangamon County Jail, individually; TAMMY POWELL Sergeant of the Sangamon County Jail, individually; Officer DOEDGE, correctional Officer of the Sangamon County Jail, individually; Officer MELISSA CHILDRESS, Correctional Officer of the Sangamon County Jail, individually; Sergeant GUY, Sergeant of Sangamon County Jail, Individually; Sergeant BOUVET, Sergeant of Sangamon County jail, individually; Lieutenant LOFTUS, Lieutenant of the Sangamon County Jail, Individually; MICHAEL FELECIA, Village of Grandview Police Officer, individually; B. WEISS, City of Springfield Police Officer, individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2006, I served upon counsel for Plaintiff the Defendants' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE by mailing a copy of same to the following:

Ms. Patricia J. Hayes
Hayes Law Offices
400 Chatham Road, Ste. 101B
Springfield, IL   62704

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

2

## PROOF OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed the foregoing Certificate of Service with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**         Email: hayeslaw1@sbcglobal.net
**James A. Lang**             Email: corporationcounsel@cwlp.com


                                                s/ D. Bradley Blodgett
                                                Hinshaw & Culbertson LLP
                                                400 S. 9th St., Suite 200
                                                Springfield, IL   62701
                                                Phone:  217-528-7375
                                                Fax: 217-528-0075
                                                E-mail:  bblodgett@hinshawlaw.com
                                                Attorney Bar No. 0231134

60147580v1 858991