**E-FILED**
Friday, 02 June, 2006  01:56:52 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SCOTT NELSON GLISSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-3250 |
| | ) | |
| SANGAMON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, I emailed Defendant's Rule 26 Disclosure to the following: Patricia L. Hayes; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

**s/James A. Lang**
Bar Number 6211100
Attorney for Defendant D. Weiss
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:            (217) 789-2397
Email:         corporationcounsel@cwlp.com