UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, )<br> )<br> Plaintiffs, )<br> )<br> vs. )<br> )<br>SANGAMON COUNTY SHERIFF'S )<br>DEPARTMENT, a county governmental unit; )<br>DUANE GABB, Sangamon County Assistant )<br>State's Attorney, individually; TERRY DURR, )<br>Superintendent of the Sangamon County Jail, )<br>individually, WILLIAM STRAYER, Asst. )<br>Superintendent of the Sangamon County Jail, )<br>Individually; Ltn. BUECKNER, Assistant )<br>Superintendent of the Sangamon County Jail, )<br>individually; CANDACE CAIN, Lieutenant of )<br>the Sangamon County Jail, individually; BRIEN )<br>CARRY, Lieutenant of the Sangamon County )<br>Jail, individually; Officer CARLA CARRY, )<br>correctional officer of the Sangamon County )<br>Jail, individually; TAMMY POWELL Sergeant )<br>of the Sangamon County Jail, individually; )<br>Officer DOEDGE, correctional Officer of the )<br>Sangamon County Jail, individually; Officer )<br>MELISSA CHILDRESS, Correctional Officer )<br>of the Sangamon County Jail, individually; )<br>Sergeant GUY, Sergeant of Sangamon County )<br>Jail, Individually; Sergeant BOUVET, Sergeant )<br>of Sangamon County jail, individually; )<br>Lieutenant LOFTUS, Lieutenant of the )<br>Sangamon County Jail, Individually; )<br>MICHAEL FELECIA, Village of Grandview )<br>Police Officer, individually; B. WEISS, City of )<br>Springfield Police Officer, individually, )<br> )<br> Defendants. ) | Case No. 2005-3250 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I served upon counsel for Plaintiff the Defendants'

INTERROGATORIES AND REQUEST FOR PRODUCTION directed to Plaintiff by mailing a

copy of same to the following:

Ms. Patricia J. Hayes
Hayes Law Offices
400 Chatham Road, Ste. 101B
Springfield, IL   62704

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60147616v1 858991

## PROOF OF SERVICE

    I hereby certify that on June 5, 2006, I electronically filed the foregoing Certificate of Service with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Patricia L. Hayes**        Email: hayeslaw1@sbcglobal.net
**James A. Lang**          Email: corporationcounsel@cwlp.com

                                                s/ D. Bradley Blodgett
                                                Hinshaw & Culbertson LLP
                                                400 S. 9th St., Suite 200
                                                Springfield, IL   62701
                                                Phone:  217-528-7375
                                                Fax: 217-528-0075
                                                E-mail:  bblodgett@hinshawlaw.com
                                                Attorney Bar No. 0231134

60147616v1 858991