**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| **SCOTT NELSON GLISSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 05-3250 |
| | ) |
| **SANGAMON COUNTY SHERIFF'S DEPARTMENT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 7, 2006, I emailed Defendant's Amended Rule 26 Disclosure to the following: Patricia L. Hayes; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

    **s/James A. Lang**
    Bar Number 6211100
    Attorney for Defendant D. Weiss
    Assistant Corporation Counsel
    Room 313 Municipal Center East
    800 East Monroe Street
    Springfield, Illinois 62701-1689
    Telephone:  (217) 789-2393
    Fax:  (217) 789-2397
    Email:  corporationcounsel@cwlp.com