**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| SCOTT NELSON GLISSON, | } |
| Plaintiff, | } |
| vs. | } NO. 05-3250 |
| SANGAMON COUNTY SHERIFF'S DEPARTMENT, a county governmental unit, et. al. | } |
| Defendants. | } |

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR THE PLAINTIFF
- County**

**NOW COMES**, the undersigned Attorney for the Plaintiff, Patricia Lynn Hayes and Moves this Honorable Court for leave to withdraw as Attorney for the Plaintiff, SCOTT NELSON GLISSON, and in support thereof states as follows:

1. The undersigned attorney for the Plaintiff, is currently married to the Plaintiff; however, the parties are now separated and the undersigned is in the process of filing for Divorce from the Plaintiff;

2. Due to irreconcilable differences between the Plaintiff and herself, the undersigned does not feel she can continue to represent the Plaintiff in the above captioned matter.

3. Further, the undersigned is a potential witness in the above captioned matter.

4. The Plaintiff's last known address is:

1

        Scott Nelson Glisson
        997 Riddle Hill Road
        Springfield, IL  62711
        (217) 698-7476

5.    Withdrawal at this juncture in the proceedings will not prejudice the Plaintiff since the trial is not scheduled for over a year from now.

**WHEREFORE,** Attorney Patricia Lynn Hayes respectfully prays that this Honorable Court allow the undersigned to withdraw as attorney for the Plaintiff, Scott Nelson Glisson.

        Respectfully submitted,

        PATRICIA LYNN HAYES


        BY:_____/s/Patricia L. _____
        PATRICIA L. HAYES, His Attorney

Patricia L. Hayes (#06192974)
HAYES LAW OFFICE
400 Chatham Road, Ste 101B
Springfield, IL 62704
Phone:  217 793-3863

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Bradley Blodgett
Hinshaw & Culbertson, LLP
400 S. 9th Street, Suite 200
Springfield, IL 62701
E-mail: bblodgett@hinshawlaw.com

Service on the Plaintiff was by hand delivery to:

Scott Nelson Glisson
997 Riddle Hill Road
Springfield, IL 62711
(217) 698-7476


_____s/Patricia L. Hayes_____


Patricia L. Hayes (#06192974)
HAYES LAW OFFICE
400 Chatham Road, Ste 101B
Springfield, IL 62704
Phone: 217 793-3863