**E-FILED**
Wednesday, 05 July, 2006  10:05:04 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SCOTT NELSON GLISSON, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| SANGAMON COUNTY SHERIFF'S | ) | Case No.  2005-3250 |
| DEPARTMENT, a county governmental unit; | ) | |
| DUANE GABB, Sangamon County Assistant | ) | |
| State's Attorney, individually; TERRY DURR, | ) | |
| Superintendent of the Sangamon County Jail, | ) | |
| individually, WILLIAM STRAYER, Asst. | ) | |
| Superintendent of the Sangamon County Jail, | ) | |
| Individually; Ltn. BUECKNER, Assistant | ) | |
| Superintendent of the Sangamon County Jail, | ) | |
| individually; CANDACE CAIN, Lieutenant of | ) | |
| the Sangamon County Jail, individually; BRIEN | ) | |
| CARRY, Lieutenant of the Sangamon County | ) | |
| Jail, individually; Officer CARLA CARRY, | ) | |
| correctional officer of the Sangamon County | ) | |
| Jail, individually; TAMMY POWELL Sergeant | ) | |
| of the Sangamon County Jail, individually; | ) | |
| Officer DOEDGE, correctional Officer of the | ) | |
| Sangamon County Jail, individually; Officer | ) | |
| MELISSA CHILDRESS, Correctional Officer | ) | |
| of the Sangamon County Jail, individually; | ) | |
| Sergeant GUY, Sergeant of Sangamon County | ) | |
| Jail, Individually; Sergeant BOUVET, Sergeant | ) | |
| of Sangamon County jail, individually; | ) | |
| Lieutenant LOFTUS, Lieutenant of the | ) | |
| Sangamon County Jail, Individually; | ) | |
| MICHAEL FELECIA, Village of Grandview | ) | |
| Police Officer, individually; B. WEISS, City of | ) | |
| Springfield Police Officer, individually, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## MOTION TO EXTEND TIME IN WHICH DEFENDANT, SANGAMON COUNTY SHERIFF'S OFFICE, MUST RESPOND TO DISCOVERY REQUESTS

NOW COMES the Defendant, the Sangamon County Sheriff's Department, by and through its attorneys, HINSHAW & CULBERTSON LLP, and moves that this Honorable Court grant the Defendant an additional period of time to respond to the Interrogatories and Request to Produce of Plaintiff heretofore filed in this cause.

As grounds therefor, it is respectfully submitted that on or about June 6, 2006, the Defendant, Sangamon County Sheriff's Department, received Interrogatories and a Request to Produce propounded to it in this case by Plaintiff, SCOTT NELSON GLISSON. These discovery requests were propounded by the attorney for Scott Nelson Glisson who has since withdrawn from the case. At this time, according to the Order of this Honorable Court, the Plaintiff is given until July 14, 2006 to obtain replacement counsel. In this cause, in addition to the Sangamon County Sheriff's Department as a Defendant, there are eleven (11) additional officers of the Sangamon County Sheriff's Department who are defendants. The Interrogatories and Request to Produce of the Plaintiff, particularly the Request for Production, seeks voluminous materials relating to this large number of officers, which will require extensive copying and Defendant also believes that some of the breadth of the Request for Production will violate the Defendant's privacy rights. In order to fully and completely respond to the Interrogatories and Request to Produce, the Defendant needs an additional period of time to evaluate these requests and respond appropriately, and Defendant requests that it be given to and including July 28, 2006 to respond to these discovery requests.

Both Rules 33 and 34 of the Federal Rules of Civil Procedure authorize this Honorable Court to lengthen the time for the response to the discovery requests, and in view of the fact that the Plaintiff's attorney has withdrawn and the Plaintiff is in the position of seeking another attorney, it is respectfully submitted the extra period of time requested to answer the discovery requests will not delay this case.

WHEREFORE, Defendant, Sangamon County Sheriff's Department, prays that this Honorable Court enter an Order granting it to and including July 28, 2006 in which time to respond to the Plaintiff's Interrogatories and Request for Production of Documents.

60148827v1 858991

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL    62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60148827v1 858991

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2006, I electronically filed the Sangamon County Sheriff's Department's Motion to Extend Time in which to respond to Interrogatories and Request for Production of Documents propounded to it by Plaintiff, with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

(None)

Copy sent via U.S. Mail to:

Mr. Scott Nelson Glisson
848 Independent Ridge
Springfield, IL   62702

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60148827v1 858991