E-FILED
Wednesday, 19 July, 2006 05:06:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

SCOTT NELSON GLISSON,        }
                             }
        Plaintiff,            }
                             }
vs.                          }    NO. 05-3250
                             }
SANGAMON COUNTY SHERIFF'S    }
DEPARTMENT, a county governmental unit, et. al. }
                             }
        Defendants.           }

**FILED**

JUL 1 9 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR EXTENSION OF TIME TO HIRE ATTORNEY

**NOW COMES**, the Plaintiff, SCOTT NELSON GLISSON, and moves this Honorable Court for an extension of time to hire an attorney and in support thereof states as follows:

1. Plaintiff's Attorney withdrew as attorney for the Plaintiff on June 15, 2006.

2. Plaintiff is in the process of trying to obtain new counsel who does not have conflicts in the case.

3. Plaintiff is requesting an additional 30 days to obtain substitute counsel.

4. Plaintiff also needs an additional 30 days to respond to Defendant's discovery requests.

5. Defendant will not be prejudiced by this delay since the Plaintiff has served Defendant's with discovery that has not been answered.

1

**WHEREFORE,** Plaintiff, Scott Nelson Glisson, prays this Court grant him an additional 30 days to obtain counsel and an additional 30 days to answer Defendant's Discovery.

SCOTT NELSON GLISSON, Plaintiff

BY: *[signature]*

Scott Nelson Glisson
997 Riddle Hill Road
Springfield, IL 62711
Phone: 217 698-7476

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I mailed the foregoing to the following:

D. Bradley Blodgett
Hinshaw & Culbertson, LLP
400 S. 9th Street, Suite 200
Springfield, IL 62701
E-mail: bblodgett@hinshawlaw.com

2