**E-FILED**
Friday, 28 July, 2006 03:33:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2005-3250 |
| vs. | ) |
| | ) |
| SANGAMON COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I served upon Plaintiff, SCOTT GLISSON, the Defendants' Response to Plaintiff's First Set of Interrogatories and Defendants' Response to Plaintiff's First Request for Production, by mailing copies of same to the following:

Mr. Scott Glisson
997 Riddle Hill Road
Springfield, IL   62711

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60149752v1 858991

## PROOF OF SERVICE

I hereby certify that on July 28, 2006, I electronically filed the foregoing Certificate of Service with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

None

and by mailing to:

Mr. Scott Glisson
997 Riddle Hill Road
Springfield, IL   62711

                                          s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134