UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2005-3250 |
| vs. | ) |
| | ) |
| SANGAMON COUNTY SHERIFF'S DEPARTMENT, a county governmental unit; DUANE GABB, Sangamon County Assistant State's Attorney, individually; TERRY DURR, Superintendent of the Sangamon County Jail, individually, WILLIAM STRAYER, Asst. Superintendent of the Sangamon County Jail, Individually; Ltn. BUECKNER, Assistant Superintendent of the Sangamon County Jail, individually; CANDACE CAIN, Lieutenant of the Sangamon County Jail, individually; BRIEN CARRY, Lieutenant of the Sangamon County Jail, individually; Officer CARLA CARRY, correctional officer of the Sangamon County Jail, individually; TAMMY POWELL Sergeant of the Sangamon County Jail, individually; Officer DOEDGE, correctional Officer of the Sangamon County Jail, individually; Officer MELISSA CHILDRESS, Correctional Officer of the Sangamon County Jail, individually; Sergeant GUY, Sergeant of Sangamon County Jail, Individually; Sergeant BOUVET, Sergeant of Sangamon County jail, individually; Lieutenant LOFTUS, Lieutenant of the Sangamon County Jail, Individually; MICHAEL FELECIA, Village of Grandview Police Officer, individually; B. WEISS, City of Springfield Police Officer, individually, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2007, I served upon the *pro se* Plaintiff the DEFENDANTS' DESIGNATION OF EXPERT WITNESSES to the *pro se* Plaintiff by mailing a copy of same to him at the following last known address:

*Pro se Plaintiff*:  Mr. Scott Nelson Glisson
848 Independent Ridge
Springfield, IL 62702

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL    62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

2

## PROOF OF SERVICE

I hereby certify that on April 2, 2007, I electronically filed the foregoing Certificate of Service with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

*Pro se Plaintiff*:   Mr. Scott Nelson Glisson
848 Independent Ridge
Springfield, IL 62702

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60147616v1 858991
60158997v1 858991