UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, | ) |
| Plaintiff, | ) |
| | ) Case No.: 05-3250 |
| v. | ) |
| SANGAMON COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| Defendants. | ) |

## MOTION TO DISMISS PLAINTIFF'S ACTION PURSUANT TO RULE 41(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW COME the Defendants, SANGAMON COUNTY SHERIFF'S DEPARTMENT, et al., by and through their attorneys Hinshaw & Culbertson LLP, and move to dismiss the Plaintiff's cause of action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

As grounds for their Motion, Defendants respectfully submit Plaintiff has failed to prosecute his action.

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Central District of Illinois, Defendants submit a Memorandum of Law in support of their Motion.

Respectfully submitted,

/s/ D. Bradley Blodgett
D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60165757v1 858991

## CERTIFICATE OF SERVICE

    I hereby certify that on September ____, 2007, I electronically filed the Sangamon County Sheriff's Department's Motion to Dismiss Plaintiff's Action Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

(None)

Copy sent via U.S. Mail to:

Mr. Scott Nelson Glisson
997 Riddle Hill Road
Springfield, Illinois   62711

                                                s/ D. Bradley Blodgett
                                                Hinshaw & Culbertson LLP
                                                400 S. 9th St., Suite 200
                                                Springfield, IL   62701
                                                Phone:  217-528-7375
                                                Fax: 217-528-0075
                                                E-mail:  bblodgett@hinshawlaw.com
                                                Attorney Bar No. 0231134