E-FILED
Thursday, 27 September, 2007  11:05:06 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SCOTT NELSON GLISSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-3250 |
| v. ) | |
| ) | |
| SANGAMON COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CAUSE OF ACTION

NOW COME the Defendants, SANGAMON COUNTY SHERIFF'S DEPARTMENT, et al., by and through their attorneys, Hinshaw & Culbertson LLP, and submit a Memorandum of Law in Support of their Motion to Dismiss Plaintiff's cause of action.

Rule 41(b) of the Federal Rules of Civil Procedure allow this Court to dismiss the Plaintiff's cause of action for lack of prosecution. By its terms, Rule 41(b) anticipates a motion by a defendant. *Moore's Federal Practice*, Third Edition, 41.50(6)(a). The failure of a plaintiff to submit a pre-trial order may justify a dismissal. *Dickerson v. Board of Educ. of Ford Heights, Ill.* 32 F.3d 1114, 1117 (7th Cir. 1994)

In this action, the Plaintiff sues the Defendants alleging violations of his constitutional rights. Originally, Plaintiff was represented in this action by an attorney, however, the attorney moved to withdraw from the case, and the motion was allowed on June 14, 2006, by Magistrate Judge Byron Cudmore. In that order, Magistrate Judge Cudmore granted the Plaintiff until 7/14/06 to obtain replacement counsel, and provided that if replacement counsel did not enter an appearance the Court would consider the Plaintiff to be *pro se*. Subsequently, the Plaintiff moved for additional time to obtain a replacement attorney, and was given to 8/14/06 to obtain

60165760v1 858991

replacement counsel.  At the time of this same Order, Plaintiff was given until 9/14/06 to answer outstanding discovery.

No replacement counsel entered their appearance.  The Affidavit of the attorney for the Defendants, attached as "Exhibit A," establishes that Plaintiff did not answer the outstanding discovery, and that the attorney for the Defendants has received no oral or written communication from the Plaintiff since the time the Plaintiff submitted his Motion for Additional Time to Acquire an Attorney and Answer Discovery.   It further demonstrates that the Plaintiff did not contact the attorney for the Defendants to prepare the  Pre-Trial Order as required  by Rule 16.1(F) of the Rules of this Court, and that when the attorney for the Defendant called the last-known telephone number of record for the Plaintiff, a lady answered saying Plaintiff did not live there.  Further, Plaintiff is not listed in the telephone directory for the Springfield area, and a letter addressed to the Plaintiff at his last known-address of records elicited no response from Plaintiff.  The Plaintiff has done nothing in connection with his case since his Motion seeking more time to acquire a replacement attorney filed on July 19, 2006, and has not made himself available to prepare a Pre-Trial Order for the Pre-Trial Conference in this case.

If Plaintiff fails to appear for the Pre-Trial Conference in this case, Defendants respectfully submit it is clear Plaintiff has abandoned his case and failed to prosecute it, and Defendants' Motion to Dismiss the case should be allowed.

Respectfully submitted,

/s/ D. Bradley Blodgett
D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

3

## CERTIFICATE OF SERVICE

    I hereby certify that on September ____, 2007, I electronically filed the Sangamon County Sheriff's Department's Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Cause of Action Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

(None)

Copy sent via U.S. Mail to:

Mr. Scott Nelson Glisson
997 Riddle Hill Road
Springfield, Illinois   62711

        s/ D. Bradley Blodgett
        Hinshaw & Culbertson LLP
        400 S. 9th St., Suite 200
        Springfield, IL   62701
        Phone:  217-528-7375
        Fax: 217-528-0075
        E-mail:  bblodgett@hinshawlaw.com
        Attorney Bar No. 0231134