# AFFIDAVIT

STATE OF ILLINOIS )
: SS.
COUNTY OF SANGAMON )

D. BRADLEY BLODGETT, having been duly sworn, hereby swears and deposes as follows:

1. Your Affiant is one of the attorneys in this cause for the Defendants.

2. The last pleading that your Affiant received in connection with this case from the Plaintiff was a Motion for Extension of Time to Hire an Attorney and Respond to Defendants' Discovery Requests mailed by the Plaintiff on July 19, 2006.

3. Since that time, your Affiant has received no communication, oral or written, from the Plaintiff.

4. The Plaintiff never responded to Defendants' discovery requests.

5. The Plaintiff did not approach your Affiant in order to prepare the Pre-Trial Order as required by Rule 16.1(F) of the Rules of this Court.

6. Accordingly, your Affiant called the Plaintiff to attempt to work on a Pre-Trial Order at his last-known telephone number given in his Motion filed on July 19, 2006, and when the call was made, a lady answered the phone and said he did not live at that address. She did not volunteer any further information as to his location.

7. Your Affiant looked in the local telephone directory for the Springfield area and found no listing for Scott Nelson Glisson.

8. Your Affiant sent a letter to the last-known address of the Plaintiff as disclosed by his pleading on July 19, 2006, asking that contact be made with respect to the Pre-Trial Order, but no response was received.

**EXHIBIT A**

FURTHER AFFIANT SAYETH NOT.

_____
D. BRADLEY BLODGETT

Subscribed and Sworn to before me this 27th day of September, 2007.

_____
Notary Public

"OFFICIAL SEAL"
KATHLEEN BENNER
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 07/28/09