# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**SCOTT NELSON GLISSON**

vs.                                                      Case Number:   **05-3250**

**DUANE GABB, et al.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XXX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  pursuant to the order entered by the Honorable Jeanne E. Scott: this cause of action is dismissed for lack of prosecution.-------------------------------------------------------------

ENTER this 3rs day of October, 2007

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK